THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRIS DEMARINIS, individually and as guardian of D.D., | : CIVIL ACTION NO. 3:20-CV-713 |
| | : (JUDGE MARIANI) |
| Plaintiff, | : |
| v. | : |
| ANTHEM INSURANCE COMPANIES, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD and ABC CORPORATIONS 1-10, | : |
| Defendant. | : |

FILED
SCRANTON
APR 1 0 2024
Per_____ S/
DEPUTY CLERK

## ORDER

AND NOW, THIS 10th DAY OF APRIL 2024, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. 33) and Defendant's Cross Motion for Summary Judgment (Doc. 45) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion for Summary Judgment (Doc. 33) is **GRANTED IN PART** as follows—

    a. Plaintiff is awarded benefits for the period of May 8, 2019, through July 7, 2019, with the amount of the payment to be determined upon remand to the Plan Administrator for the purpose of making the mathematical calculation directed in the accompanying Memorandum Opinion;

    b. A determination of the appropriate award of benefits and payment of same for the period of July 8, 2019, through October 24, 2019, shall be made upon remand as directed in the accompanying Memorandum Opinion;

    c. Plaintiff's request for attorneys' fees and costs is **DENIED** without prejudice.

2. This matter is **REMANDED** to the Plan Administrator for further consideration as set forth above and in the accompanying Memorandum Opinion.

3. Plaintiff may file a motion for attorneys' fees and costs **within twenty-one (21) days** of the date of this Order.

4. Defendant's Cross Motion for Summary Judgment (Doc. 45) is **DENIED**.

5. The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
Robert D. Mariani
United States District Judge