UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRIS DEMARINIS, individually and as guardian of D.D., | Civil Action No.: 3:20-cv-00713-RDM |
| Plaintiff, | Honorable Robert D. Mariani |
| v. | |
| ANTHEM INSURANCE COMPANIES, INC. d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, et al., | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR AN AWARD OF
ATTORNEY'S FEES AND COSTS**

Plaintiff Chris DeMarinis, individually and as guardian of D.D. ("Plaintiff"), by and through his undersigned counsel and, pursuant to this Court's April 10, 2024 Order and 29 U.S.C. § 1132(g)(1), moves for award of attorney's fees and taxable costs to be paid by Defendant Anthem Insurance Companies, Inc. d/b/a Anthem Blue Cross and Blue Shield ("Anthem"), and states as follows:

1. On April 30, 2020, Plaintiff filed the above-styled action pursuant to the Employee Retirement Income Security Act ("ERISA") challenging Anthem's denial of Plaintiff's claim for coverage of D.D.'s continued treatment at the Kennedy Krieger Institute ("KKI") Neurobehavioral Unit ("NBU") in Baltimore, Maryland, based on the erroneous conclusion that

3643175.1

the care provided from May 8, 2019, and beyond was not medically necessary.

2. On April 10, 2024, this Court granted Plaintiff's Motion for Summary Judgment, in part, and ruled that (1) Plaintiff is awarded benefits for the period of May 8, 2019 through July 7, 2019, with the amount of the payment to be determined upon remand to the Plan Administrator for the calculation and payment of benefits and (2) a determination of the appropriate award of benefits and payment of same for the period of July 8, 2019, through October 24, 2019, shall be made upon remand upon submission of additional records by Plaintiff.  (Doc. 62)

3. Plaintiff submits that an award of attorney's fees and costs is appropriate under 29 U.S.C. § 1132(g)(1) for the reasons set forth in the attached memorandum of law.

WHERE FORE, Plaintiff respectfully requests that the Court enter an Order granting Plaintiff's motion for attorney's fees and costs.

Dated: <u>April 29, 2024</u>         Respectfully submitted,

                          **SHERMAN, SILVERSTEIN, KOHL,
                          ROSE & PODOLSKY, P.A.**

           By:    <u>*/s/ Alan C. Milstein*</u>
                  **Alan C. Milstein
                  308 Harper Drive, Suite 200
                  Moorestown, NJ 08057
                  Telephone: 856-662-0700**

**Facsimile: 856-661-2068**
*Attorneys for Plaintiff*