# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRIS DEMARINIS, individually and as guardian of D.D., | Civil Action No.: 3:20-cv-00713-RDM |
| Plaintiff, | Honorable Robert D. Mariani |
| v. | |
| ANTHEM INSURANCE COMPANIES, INC. d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, et al., | |
| Defendant. | |

## DECLARATION OF ALAN C. MILSTEIN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

Alan C. Milstein, of full age, by way of declaration, hereby certifies under penalty of perjury as follows:

1. I am a shareholder of Sherman, Silverstein, Kohl, Rose & Podolsky. I submit this declaration in support of my firm's application for an award of attorney's fees in connection with services rendered in this case, as well as the reimbursement of expenses incurred by my firm in connection with this litigation.

2. I am a licensed attorney practicing in the Commonwealth of Pennsylvania, and in this District, as well as a number of other states and districts. I have been in the private practice of law since 1983.

3. I have practiced in the area of ERISA cases for approximately twenty years. Currently, while ERISA litigation comprises a small percentage of my practice time, I have had two or three pending ERISA matters steadily over a considerable period of years.

4. My associate, Leily Schoenhaus, assisted me on this matter. Ms. Schoenhaus has been practicing law since 2006, and has demonstrated particular skill in ERISA litigation.

5. My firm has represented the interests of this particular Plaintiff in this matter since November 2019, though we have represented numerous patients of KKI, a world renown facility treating children trouble with behavioral issues, for about twenty years.

6. I represent the Plaintiff on a 25% contingency basis, not on an hourly fee basis. I have represented ERISA plaintiffs almost exclusively on a contingency basis because that is what the client prefers instead of "throwing god money after bad." As a result of my representation of Plaintiff in this matter, I was not precluded from other employment, nor were any unusual time limitations imposed upon the undersigned in representing the Plaintiff.

7. My firm actively participated in all aspects of this litigation from the initial intake of the client through summary judgment motion practice. We did not represent the Plaintiff or KKI in the administrative process.

8. The Detail Transaction File List attached hereto as Exhibit "A" is a detailed and specific list indicating the amount of time, by specific work expended, spent by the undersigned (identified as timekeeper 19 in the third column from the left) and my associate, Leily Schoenhaus (identified as timekeeper 56 in the third column from the left). Time expended in preparing this application for fees has been included in this request.

9. During the course of this litigation, my hourly fee increased from $535 to $605. At the start of this matter, the hourly fee for Ms. Schoenhaus was $305, and increased three times during the four year course of this matter from $325 to $330 and finally $370.

10. Attached hereto as Exhibit "B" is a brief biography of my firm and the attorneys involved in this litigation.

11. As reflected in the Transaction List, from the beginning of this matter through present, 127.80 hours were spent in litigating this matter, with a total value of $51,704.60.

12. The expenses listed at the end of Transaction List totaling $2,056.52 constitute filing fees and fees associated with retaining local counsel in Maryland, where this matter was originally commenced.

13. As detailed in Exhibit A, the total fees and costs comes to $53,761.12. Based on my experience, the 25% contingency fee is reasonable given the difficult burden plaintiffs face in ERISA matter and the hourly fees expended is also fair and reasonable.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2024

*s/ Alan C. Milstein*
Alan C. Milstein

# EXHIBIT A

**Tabs3 Detail Work-In-Process Report**
Sherman, Silverstein, Kohl, Rose & Podolsky

Client: 29301.108K Kennedy Krieger Institute
v. Anthum BC/BS (Demarinis)

Kennedy Krieger

| | | | | |
|---|---|---|---|---|
| Primary Timekeeper: | | Category: | 10 Litigation | |
| Secondary Timekeeper: | 19 ACM | Draft Template: | 00000000 | |
| Originating Timekeeper: | 19 ACM | Final Template: | 00000004 | |
| Previous Balance: | 0.00 | | Rate Code: 1 | |
| | | | Date Opened: | 11/22/2019 |

Contact: Mike Neuman
Email: Neuman@kennedykrieger.org
OUR FILE NO: 29301.108/ACM

**Fees**

| Date | Tkpr | B Cat | R C | C | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up/Down Hrs | Amount | Write-Up/Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18/2019 | 19 ACM | 10 | | | 16 | 219 | 605.00 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Lelly. |
| 12/09/2019 | 19 ACM | 10 | | | 16 | 192 | 605.00 | 0.20 | 0.20 | | 121.00 | | Internal collaboration re strategy with LS. |
| 03/04/2020 | 19 ACM | 10 | | | 13 | 26 | 535.00 | 4.00 | 4.00 | | 2,140.00 | | Review documents to draft Complaint. |
| 03/16/2020 | 19 ACM | 10 | | | 16 | 193 | 605.00 | 0.20 | 0.20 | | 121.00 | | Internal collaboration re strategy with LS. |
| 03/17/2020 | 19 ACM | 10 | | | 16 | 194 | 605.00 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. |
| 03/20/2020 | 19 ACM | 10 | | | 13 | 34 | 535.00 | 3.50 | 3.50 | | 1,872.50 | | Review documents and Amended Complaint. |
| 03/20/2020 | 19 ACM | 10 | | | 13 | 35 | 535.00 | 3.50 | 3.50 | | 1,872.50 | | Review documents and Amended Complaint. |
| 03/23/2020 | 19 ACM | 10 | | | 16 | 49 | 535.00 | 1.50 | 1.50 | | 802.50 | | Review Motion to Dismiss. |
| 04/03/2020 | 19 ACM | 10 | | | 13 | 58 | 535.00 | 1.50 | 1.50 | | 802.50 | | Review Motion to Dismiss. |
| 04/03/2020 | 19 ACM | 10 | | | 13 | 195 | 605.00 | 0.20 | 0.20 | | 121.00 | | Internal collaboration re strategy with LS. |
| 04/03/2020 | 19 ACM | 10 | | | 13 | 221 | 605.00 | 1.00 | 1.00 | | 605.00 | | Review Motion to Dismiss. |
| 04/06/2020 | 19 ACM | 10 | | | 16 | 217 | 605.00 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Lelly S. |
| 04/07/2020 | 19 ACM | 10 | | | 16 | 218 | 605.00 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Lelly S. |
| 04/08/2020 | 19 ACM | 10 | | | 16 | 196 | 605.00 | 0.20 | 0.20 | | 121.00 | | Internal collaboration re strategy with LS. |
| 04/08/2020 | 19 ACM | 10 | | | 16 | 197 | 605.00 | 0.20 | 0.20 | | 121.00 | | Internal collaboration re strategy with LS. |
| 04/08/2020 | 19 ACM | 10 | | | 13 | 220 | 535.00 | 1.00 | 1.00 | | 605.00 | | Review and revise Complaint and Stipulation. |
| 04/13/2020 | 19 ACM | 10 | | | 13 | 59 | 535.00 | 3.50 | 3.50 | | 1,872.50 | | Review documents. |
| 04/16/2020 | 19 ACM | 10 | | | 16 | 198 | 605.00 | 0.30 | 0.30 | | 181.50 | | Internal collaboration re strategy. Emails with LS and local counsel. |
| 04/20/2020 | 19 ACM | 10 | | | 13 | 222 | 605.00 | 0.50 | 0.50 | | 302.50 | | Review Motion to Seal. |
| 04/21/2020 | 19 ACM | 10 | | | 16 | 199 | 605.00 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. |
| 05/01/2020 | 19 ACM | 10 | | | 13 | 71 | 535.00 | 3.50 | 3.50 | | 1,872.50 | | Draft Complaint. Correspondence with court. |
| 07/05/2020 | 19 ACM | 10 | | | 16 | 201 | 605.00 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. |
| 07/14/2020 | 19 ACM | 10 | | | 16 | 200 | 605.00 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. |
| 08/10/2020 | 19 ACM | 10 | | | 16 | 202 | 605.00 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. |
| 10/06/2020 | 19 ACM | 10 | | | 16 | 203 | 605.00 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. |
| 10/28/2020 | 19 ACM | 10 | | | 13 | 223 | 605.00 | 0.30 | 0.30 | | 181.50 | | Review Joint Case Management Report. |
| 11/12/2020 | 19 ACM | 10 | | | 16 | 204 | 605.00 | 0.10 | 0.10 | | 60.50 | | Internal collaboration with LS. |
| 01/08/2021 | 19 ACM | 10 | | | 16 | 206 | 605.00 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. |
| 02/05/2021 | 19 ACM | 10 | | | 16 | 207 | 605.00 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. |
| 03/16/2021 | 19 ACM | 10 | | | 13 | 208 | 605.00 | 3.50 | 3.50 | | 2,117.50 | | Review and revise reply brief. |
| 03/25/2021 | 19 ACM | 10 | | | 16 | 205 | 605.00 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. |

**Tabs3 Detail Work-In-Process Report**
Sherman, Silverstein, Kohl, Rose & Podolsky

Client: 29301.108K Kennedy Krieger Institute *(Continued)*

| Date | Tkpr | Cat | B C | R C | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up/Down Hrs | Amount | Write-Up/Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/25/2021 | 19 ACM | 10 | | | 13 | 209 | 605.00 | 3.50 | 3.50 | | 2,117.50 | | Review and revise Brief Summary Judgment. |
| 05/13/2021 | 19 ACM | 10 | | | 16 | 211 | 605.00 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily. |
| 05/18/2021 | 19 ACM | 10 | | | 13 | 171 | 550.00 | 2.50 | 2.50 | | 1,375.00 | | Review pleadings. |
| 05/24/2021 | 19 ACM | 10 | | | 16 | 212 | 605.00 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily. |
| 05/25/2021 | 19 ACM | 10 | | | 13 | 210 | 605.00 | 3.50 | 3.50 | | 2,117.50 | | Review and revise Brief in Opposition to Summary Judgment. |
| 06/01/2021 | 19 ACM | 10 | | | 16 | 213 | 605.00 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily. |
| 08/04/2021 | 19 ACM | 10 | | | 16 | 214 | 605.00 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily. |
| 01/07/2022 | 19 ACM | 10 | | | 16 | 215 | 605.00 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily S. |
| 04/10/2022 | 19 ACM | 10 | | | 16 | 216 | 605.00 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily. |
| Billable Total: | | | | | | | | 40.00 | 40.00 | | 22,592.50 | | |

19 Alan C. Milstein

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18/2019 | 56 LS | 10 | | | 65 | 18 | 305.00 | 0.10 | 0.10 | | 30.50 | | Correspondence/Phone Calls with Local Counsel |
| 11/18/2019 | 56 LS | 10 | | | 16 | 19 | 305.00 | 0.10 | 0.10 | | 30.50 | | Internal collaboration re strategy with ACM |
| 11/27/2019 | 56 LS | 10 | | | 42 | 1 | 305.00 | 1.00 | 1.00 | | 305.00 | | Review of Documents from client |
| 12/04/2019 | 56 LS | 10 | | | 42 | 2 | 305.00 | 1.00 | 1.00 | | 305.00 | | Review of Documents from client |
| 12/04/2019 | 56 LS | 10 | | | 315 | 3 | 305.00 | 0.10 | 0.10 | | 30.50 | | Send e-mail to client, additional info needed |
| 12/04/2019 | 56 LS | 10 | | | 45 | 4 | 305.00 | 2.00 | 2.00 | | 610.00 | | Drafting-Complaint |
| 12/05/2019 | 56 LS | 10 | | | 316 | 5 | 305.00 | 0.10 | 0.10 | | 30.50 | | E-mails to and from Client |
| 12/05/2019 | 56 LS | 10 | | | 42 | 6 | 305.00 | 0.10 | 0.10 | | 30.50 | | Review of Documents from client |
| 12/09/2019 | 56 LS | 10 | | | 11 | 7 | 305.00 | 0.50 | 0.50 | | 152.50 | | Research Athem BCBS/Carefirst/Siemens |
| 12/09/2019 | 56 LS | 10 | | | 315 | 8 | 305.00 | 0.10 | 0.10 | | 30.50 | | Send e-mail to client |
| 12/09/2019 | 56 LS | 10 | | | 16 | 9 | 305.00 | 0.20 | 0.20 | | 61.00 | | Internal collaboration re strategy w/ACM |
| 12/09/2019 | 56 LS | 10 | | | 45 | 10 | 305.00 | 1.00 | 1.00 | | 305.00 | | Drafting-Complaint |
| 12/13/2019 | 56 LS | 10 | | | 316 | 11 | 305.00 | 0.10 | 0.10 | | 30.50 | | E-mails to and from Client. |
| 12/16/2019 | 56 LS | 10 | | | 43 | 12 | 305.00 | 0.20 | 0.20 | | 61.00 | | Review & Revise complaint |
| 12/16/2019 | 56 LS | 10 | | | 65 | 13 | 305.00 | 0.30 | 0.30 | | 91.50 | | Correspondence/Phone Calls' e-mail w/local counsel |
| 12/16/2019 | 56 LS | 10 | | | 65 | 14 | 305.00 | 0.20 | 0.20 | | 61.00 | | Correspondence/Phone Calls, pro hac vice information |
| 12/18/2019 | 56 LS | 10 | | | 53 | 15 | 305.00 | 0.10 | 0.10 | | 30.50 | | Review of correspondence, Settlement Denial HR |
| 12/30/2019 | 56 LS | 10 | | | 65 | 16 | 305.00 | 0.10 | 0.10 | | 30.50 | | Correspondence/Phone Calls, e-mail w/local counsel |
| 12/30/2019 | 56 LS | 10 | | | 65 | 17 | 305.00 | 0.10 | 0.10 | | 30.50 | | Correspondence/Phone Calls, agmt. from local counsel |
| 01/15/2020 | 56 LS | 10 | | | 65 | 20 | 305.00 | 0.10 | 0.10 | | 30.50 | | Correspondence/Phone Calls, e-mail w/local |

LM

**Tab3 Detail Work-In-Process Report**
Sherman, Silverstein, Kohl, Rose & Podolsky

Client: 29301.108K Kennedy Krieger Institute (Continued)

| Date | Tkpr | Cat | B C | R C | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/21/2020 | 56 LS | 10 | | | 65 | 21 | 305.00 | 0.10 | 0.10 | | 30.50 | | Correspondence/Phone Calls, e-mail w/local counsel re: status |
| 02/05/2020 | 56 LS | 10 | | | 316 | 22 | 325.00 | 0.20 | 0.20 | | 65.00 | | E-mails to and from Client, Status |
| 02/05/2020 | 56 LS | 10 | | | 65 | 23 | 325.00 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls, e-mail w/local counsel |
| 03/02/2020 | 56 LS | 10 | | | 316 | 24 | 325.00 | 0.20 | 0.20 | | 65.00 | | E-mails to and from Client. |
| 03/02/2020 | 56 LS | 10 | | | 65 | 25 | 325.00 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls; E-mail def. |
| 03/16/2020 | 56 LS | 10 | | | 45 | 27 | 325.00 | 1.00 | 1.00 | | 325.00 | | Drafting-Amended Complaint |
| 03/16/2020 | 56 LS | 10 | | | 42 | 28 | 325.00 | 0.50 | 0.50 | | 162.50 | | Review of Documents in File |
| 03/16/2020 | 56 LS | 10 | | | 16 | 29 | 325.00 | 0.20 | 0.20 | | 65.00 | | Internal collaboration re strategy with ACM |
| 03/16/2020 | 56 LS | 10 | | | 53 | 30 | 325.00 | 0.40 | 0.40 | | 130.00 | | Review of correspondence Defendant's Motion to Dismiss |
| 03/17/2020 | 56 LS | 10 | | | 316 | 31 | 325.00 | 0.20 | 0.20 | | 65.00 | | E-mails to and from Client regarding status |
| 03/17/2020 | 56 LS | 10 | | | 16 | 32 | 325.00 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM |
| 03/17/2020 | 56 LS | 10 | | | 16 | 33 | 325.00 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with local counsel |
| 04/03/2020 | 56 LS | 10 | | | 53 | 36 | 325.00 | 0.40 | 0.40 | | 130.00 | | Review of correspondence Defendant's Second Motion to Dismiss |
| 04/03/2020 | 56 LS | 10 | | | 16 | 37 | 325.00 | 0.20 | 0.20 | | 65.00 | | Internal collaboration re strategy with ACM |
| 04/03/2020 | 56 LS | 10 | | | 315 | 38 | 325.00 | 0.10 | 0.10 | | 32.50 | | Send e-mail to client |
| 04/06/2020 | 56 LS | 10 | | | 42 | 39 | 325.00 | 0.20 | 0.20 | | 65.00 | | Review of Documents |
| 04/06/2020 | 56 LS | 10 | | | 316 | 40 | 325.00 | 0.30 | 0.30 | | 97.50 | | E-mails to and from Client regarding amending complaint to add parent |
| 04/06/2020 | 56 LS | 10 | | | 43 | 41 | 325.00 | 0.50 | 0.50 | | 162.50 | | Review & Revise Draft Amended Complaint adding parent |
| 04/07/2020 | 56 LS | 10 | | | 16 | 42 | 325.00 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM |
| 04/07/2020 | 56 LS | 10 | | | 316 | 43 | 325.00 | 0.30 | 0.30 | | 97.50 | | E-mails to and from Client regarding status |
| 04/07/2020 | 56 LS | 10 | | | 16 | 44 | 325.00 | 0.50 | 0.50 | | 162.50 | | Internal collaboration re strategy with ACM |
| 04/07/2020 | 56 LS | 10 | | | 237 | 45 | 325.00 | 0.20 | 0.20 | | 65.00 | | Call with/to client regarding status |
| 04/07/2020 | 56 LS | 10 | | | 43 | 46 | 325.00 | 0.50 | 0.50 | | 162.50 | | Review & Revise draft complaint in MDPA |
| 04/07/2020 | 56 LS | 10 | | | 158 | 47 | 325.00 | 0.20 | 0.20 | | 65.00 | | Drafting correspondence to Client |
| 04/07/2020 | 56 LS | 10 | | | 65 | 48 | 325.00 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls Voluntary Dismissal |
| 04/08/2020 | 56 LS | 10 | | | 65 | 52 | 325.00 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls E-mail with Defendant's Counsel |
| 04/08/2020 | 56 LS | 10 | | | 16 | 53 | 325.00 | 0.20 | 0.20 | | 65.00 | | Internal collaboration re strategy with ACM |
| 04/08/2020 | 56 LS | 10 | | | 43 | 54 | 325.00 | 0.50 | 0.50 | | 162.50 | | Review & Revise Complaint |
| 04/08/2020 | 56 LS | 10 | | | 43 | 55 | 325.00 | 0.20 | 0.20 | | 65.00 | | Review & Revise Stipulation |

**Tab3 Detail Work-In-Process Report**
Sherman, Silverstein, Kohl, Rose & Podolsky

Client: **29301.108K Kennedy Krieger Institute** (Continued)

| Date | Tkpr | Cat C | B C | R C | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up/Down Hrs | Amount | Write-Up/Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/08/2020 | 56 LS | 10 | | | 65 | 56 | 325.00 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls E-mail with Defendant's Counsel |
| 04/14/2020 | 56 LS | 10 | | | 16 | 57 | 325.00 | 0.20 | 0.20 | | 65.00 | | Internal collaboration re strategy with ACM |
| 04/14/2020 | 56 LS | 10 | | | 65 | 50 | 325.00 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls E-mail with Defendant's Counsel |
| 04/16/2020 | 56 LS | 10 | | | 42 | 51 | 325.00 | 0.20 | 0.20 | | 65.00 | | Review of Documents |
| 04/16/2020 | 56 LS | 10 | | | 16 | 60 | 325.00 | 0.30 | 0.30 | | 97.50 | | Internal collaboration re strategy e-mails with ACM and Local Counsel |
| 04/20/2020 | 56 LS | 10 | | | 42 | 61 | 325.00 | 0.50 | 0.50 | | 162.50 | | Review of Documents Motion to Seal |
| 04/20/2020 | 56 LS | 10 | | | 11 | 62 | 325.00 | 0.50 | 0.50 | | 162.50 | | Research Local Rules MDPA |
| 04/21/2020 | 56 LS | 10 | | | 65 | 63 | 325.00 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls E-mail with Defense Counsel |
| 04/21/2020 | 56 LS | 10 | | | 16 | 64 | 325.00 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy e-mail with ACM |
| 04/21/2020 | 56 LS | 10 | | | 65 | 65 | 325.00 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls e-mails with Opposing Counsel regarding check |
| 04/21/2020 | 56 LS | 10 | | | 65 | 66 | 325.00 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls E-mails with Defendant's Counsel |
| 05/13/2020 | 56 LS | 10 | | | 65 | 67 | 325.00 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls e-mails with Defense Counsel |
| 05/13/2020 | 56 LS | 10 | | | 42 | 68 | 325.00 | 0.10 | 0.10 | | 32.50 | | Review of Documents |
| 05/13/2020 | 56 LS | 10 | | | 316 | 69 | 325.00 | 0.20 | 0.20 | | 65.00 | | Review of Documents Filed |
| 05/15/2020 | 56 LS | 10 | | | 65 | 70 | 325.00 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls e-mails with Defendant's Counsel |
| 05/15/2020 | 56 LS | 10 | | | 65 | 72 | 325.00 | 0.40 | 0.40 | | 130.00 | | Correspondence/Phone Calls E-mails with Defendant's Counsel |
| 05/18/2020 | 56 LS | 10 | | | 316 | 73 | 325.00 | 0.20 | 0.20 | | 65.00 | | E-mails to and from Client regarding status |
| 05/19/2020 | 56 LS | 10 | | | 316 | 74 | 325.00 | 0.20 | 0.00 | 0.20 | 0.10 | | E-mails to and from Client regarding status |
| 07/07/2020 | 56 LS | 10 | | | 16 | 75 | 325.00 | 0.20 | 0.20 | | 65.00 | 0.10 | Internal collaboration re strategy with ACM |
| 07/07/2020 | 56 LS | 10 | | | 65 | 76 | 325.00 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls E-mails with Opposing Counsel |
| 07/08/2020 | 56 LS | 10 | | | 16 | 77 | 325.00 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM |
| 07/08/2020 | 56 LS | 10 | | | 65 | 78 | 325.00 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls E-mail Defense Counsel |
| 07/14/2020 | 56 LS | 10 | | | 16 | 79 | 325.00 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM |
| 07/15/2020 | 56 LS | 10 | | | 53 | 80 | 325.00 | 0.20 | 0.20 | | 65.00 | | Review of correspondence Answer |
| 07/22/2020 | 56 LS | 10 | | | 316 | 81 | 325.00 | 0.10 | 0.10 | | 32.50 | | E-mails to and from Client regarding status |
| 08/07/2020 | 56 LS | 10 | | | 65 | 82 | 325.00 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls with Defense Counsel |
| 08/10/2020 | 56 LS | 10 | | | 16 | 83 | 325.00 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM |
| 08/11/2020 | 56 LS | 10 | | | 65 | 84 | 325.00 | 0.40 | 0.40 | | 130.00 | | Correspondence/Phone Calls Conference Call |

LM

Tabs3 Detail Work-In-Process Report
Sherman, Silverstein, Kohl, Rose & Podolsky

Client: **29301.108K Kennedy Krieger Institute** *(Continued)*

| Date | Tkpr | B R Cat C C | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/11/2020 | 56 LS | 10 | 11 | 85 | 325.00 | 0.30 | 0.30 | | 97.50 | | with Defense Counsel and Clerk |
| 08/12/2020 | 56 LS | 10 | 11 | 86 | 325.00 | 0.30 | 0.30 | | 97.50 | | Research Local Rules |
| 08/12/2020 | 56 LS | 10 | 16 | 87 | 325.00 | 0.20 | 0.20 | | 65.00 | | Research Causes of Action in PA |
| 08/13/2020 | 56 LS | 10 | 65 | 88 | 325.00 | 0.20 | 0.20 | | 65.00 | | Internal collaboration re strategy with JPR |
| 09/14/2020 | 56 LS | 10 | 42 | 90 | 325.00 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls E-mail with Defense Counsel |
| 09/14/2020 | 56 LS | 10 | 48 | 91 | 325.00 | 0.50 | 0.50 | | 162.50 | | Review of Documents Local Rules |
| 09/14/2020 | 56 LS | 10 | 65 | 92 | 325.00 | 0.10 | 0.10 | | 32.50 | | Drafting-Motion to Unseal |
| 09/15/2020 | 56 LS | 10 | 316 | 94 | 325.00 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls E-mail with Defendant's Counsel |
| 09/21/2020 | 56 LS | 10 | 65 | 95 | 325.00 | 0.20 | 0.20 | | 65.00 | | E-mails to and from Client regarding status |
| 09/22/2020 | 56 LS | 10 | 65 | 96 | 325.00 | 0.30 | 0.30 | | 97.50 | | Correspondence/Phone Calls E-mail with Defendant Counsel |
| 09/22/2020 | 56 LS | 10 | 42 | 97 | 325.00 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls with Defense Counsel |
| 09/22/2020 | 56 LS | 10 | 43 | 98 | 325.00 | 0.20 | 0.20 | | 65.00 | | Review of Documents Docket |
| 09/22/2020 | 56 LS | 10 | 53 | 99 | 325.00 | 0.10 | 0.10 | | 32.50 | | Review & Revise Motion to Unseal |
| 09/22/2020 | 56 LS | 10 | 315 | 100 | 325.00 | 0.10 | 0.10 | | 32.50 | | Review of correspondence Court Notice |
| 09/30/2020 | 56 LS | 10 | 65 | 93 | 325.00 | 0.20 | 0.20 | | 65.00 | | Send e-mail to client |
| 10/06/2020 | 56 LS | 10 | 65 | 101 | 325.00 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls E-mail with Defendant's Counsel |
| 10/06/2020 | 56 LS | 10 | 16 | 102 | 325.00 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls E-mail with Defense Counsel |
| 10/07/2020 | 56 LS | 10 | 65 | 103 | 325.00 | 0.20 | 0.20 | | 65.00 | | Internal collaboration re strategy with ACM |
| 10/07/2020 | 56 LS | 10 | 65 | 104 | 325.00 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls to Clerk with Defendant's Counsel |
| 10/16/2020 | 56 LS | 10 | 65 | 105 | 325.00 | 0.20 | 0.20 | | 65.00 | | Research Local Rules |
| 10/16/2020 | 56 LS | 10 | 11 | 106 | 325.00 | 1.00 | 1.00 | | 325.00 | | Correspondence/Phone Calls Joint Scheduling Order |
| 10/16/2020 | 56 LS | 10 | 158 | 107 | 325.00 | 0.10 | 0.10 | | 32.50 | | Drafting correspondence to Court |
| 10/16/2020 | 56 LS | 10 | 65 | 108 | 325.00 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls E-mail to Defendant's Counsel |
| 10/16/2020 | 56 LS | 10 | 65 | 109 | 325.00 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls e-mail with Defendant's Counsel |
| 10/20/2020 | 56 LS | 10 | 65 | 110 | 325.00 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls and E-mail with Defendant's Counsel |
| 10/20/2020 | 56 LS | 10 | 43 | 111 | 325.00 | 0.30 | 0.30 | | 97.50 | | Review & Revise Case Management Plan |

LM

**Tab3 Detail Work-In-Process Report**
Sherman, Silverstein, Kohl, Rose & Podolsky

Client: **29301.108K Kennedy Krieger Institute** *(Continued)*

| Date | Tkpr | Cat | B C | R C | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up/Down Hrs | Amount | Write-Up/Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/2020 | 56 LS | 10 | | | 11 | 112 | 325.00 | 0.20 | 0.20 | | 65.00 | | Research Local Rules and ERISA Practice |
| 10/28/2020 | 56 LS | 10 | | | 65 | 113 | 325.00 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls E-mail with Defendant |
| 10/28/2020 | 56 LS | 10 | | | 43 | 114 | 325.00 | 0.10 | 0.10 | | 32.50 | | Review & Revise Joint Case Management Report |
| 11/03/2020 | 56 LS | 10 | | | 42 | 115 | 325.00 | 0.10 | 0.10 | | 32.50 | | Review of Documents Court Notice |
| 11/03/2020 | 56 LS | 10 | | | 158 | 116 | 325.00 | 0.20 | 0.20 | | 65.00 | | Drafting correspondence Letter to Court and Counsel |
| 11/12/2020 | 56 LS | 10 | | | 16 | 117 | 325.00 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM |
| 11/30/2020 | 56 LS | 10 | | | 65 | 118 | 325.00 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls E-mail |
| 11/30/2020 | 56 LS | 10 | | | 42 | 119 | 325.00 | 0.20 | 0.20 | | 65.00 | | Review of Documents Joint Motion and Protective Order |
| 12/01/2020 | 56 LS | 10 | | | 65 | 120 | 325.00 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls E-mail with Defense Counsel |
| 12/02/2020 | 56 LS | 10 | | | 65 | 121 | 325.00 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls E-mail with Defendant's Counsel |
| 12/28/2020 | 56 LS | 10 | | | 65 | 122 | 325.00 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls E-mail with Defense Counsel |
| 01/04/2021 | 56 LS | 10 | | | 65 | 123 | 325.00 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls E-mail with Defendant's Counsel |
| 01/04/2021 | 56 LS | 10 | | | 43 | 124 | 325.00 | 0.30 | 0.30 | | 97.50 | | Review & Revise Admin Record from Defense Counsel |
| 01/08/2021 | 56 LS | 10 | | | 16 | 125 | 325.00 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM |
| 02/05/2021 | 56 LS | 10 | | | 16 | 126 | 325.00 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM |
| 03/12/2021 | 56 LS | 10 | | | 42 | 127 | 330.00 | 0.20 | 0.20 | | 66.00 | | Review of Documents File |
| 03/12/2021 | 56 LS | 10 | | | 11 | 128 | 330.00 | 0.50 | 0.50 | | 165.00 | | Research MDPA Local Rules |
| 03/15/2021 | 56 LS | 10 | | | 42 | 129 | 330.00 | 2.50 | 2.50 | | 825.00 | | Review of Documents Administrative Record |
| 03/15/2021 | 56 LS | 10 | | | 42 | 130 | 330.00 | 2.00 | 2.00 | | 660.00 | | Review of Documents Administrative Record |
| 03/16/2021 | 56 LS | 10 | | | 18 | 131 | 330.00 | 1.00 | 1.00 | | 330.00 | | Drafting-Brief Statement of Facts |
| 03/16/2021 | 56 LS | 10 | | | 42 | 132 | 330.00 | 2.00 | 2.00 | | 660.00 | | Review of Documents Administrative Record |
| 03/16/2021 | 56 LS | 10 | | | 18 | 133 | 330.00 | 1.00 | 1.00 | | 330.00 | | Drafting-Brief Statement of Facts |
| 03/17/2021 | 56 LS | 10 | | | 11 | 134 | 330.00 | 1.50 | 1.50 | | 495.00 | | Research Case Law |
| 03/17/2021 | 56 LS | 10 | | | 42 | 135 | 330.00 | 1.00 | 1.00 | | 330.00 | | Review of Documents Administrative Record |
| 03/18/2021 | 56 LS | 10 | | | 18 | 136 | 330.00 | 2.00 | 2.00 | | 660.00 | | Drafting-Brief Statement of Facts and Brief |
| 03/18/2021 | 56 LS | 10 | | | 18 | 137 | 330.00 | 3.00 | 3.00 | | 990.00 | | Drafting-Brief Summary Judgment Brief |
| 03/19/2021 | 56 LS | 10 | | | 18 | 138 | 330.00 | 2.00 | 2.00 | | 660.00 | | Drafting-Brief Summary Judgment Brief |
| 03/22/2021 | 56 LS | 10 | | | 11 | 139 | 330.00 | 1.50 | 1.50 | | 495.00 | | Research Case Law |
| 03/23/2021 | 56 LS | 10 | | | 18 | 140 | 330.00 | 3.00 | 3.00 | | 990.00 | | Drafting-Brief Summary Judgment Brief |

## Tab3 Detail Work-In-Process Report
### Sherman, Silverstein, Kohl, Rose & Podolsky

**Client: 29301.108K Kennedy Krieger Institute** *(Continued)*

| Date | Tkpr | Cat C C | B R C | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/24/2021 | 56 LS | 10 | | 43 | 141 | 330.00 | 2.00 | 2.00 | | 660.00 | | Review & Revise Prepare Brief for Filing |
| 03/25/2021 | 56 LS | 10 | | 236 | 142 | 330.00 | 0.20 | 0.20 | | 66.00 | | Call with/to opposing counsel with Opposing Counsel |
| 03/25/2021 | 56 LS | 10 | | 16 | 143 | 330.00 | 0.10 | 0.10 | | 33.00 | | Internal collaboration re strategy with ACM |
| 03/25/2021 | 56 LS | 10 | | 65 | 144 | 330.00 | 0.20 | 0.20 | | 66.00 | | Correspondence/Phone Calls Local Rules |
| 03/25/2021 | 56 LS | 10 | | 18 | 145 | 330.00 | 0.20 | 0.20 | | 66.00 | | Drafting-Brief Motion to file overlength brief |
| 03/25/2021 | 56 LS | 10 | | 11 | 146 | 330.00 | 0.20 | 0.20 | | 66.00 | | Research local rules |
| 03/26/2021 | 56 LS | 10 | | 65 | 147 | 330.00 | 0.20 | 0.20 | | 66.00 | | Correspondence/Phone Calls, email with def's counsel |
| 03/26/2021 | 56 LS | 10 | | 18 | 148 | 330.00 | 0.50 | 0.50 | | 165.00 | | Drafting-Brief, Motion to file overlength brief |
| 04/14/2021 | 56 LS | 10 | | 65 | 149 | 330.00 | 0.20 | 0.20 | | 66.00 | | Correspondence/Phone Calls E-mail with Defendant's Counsel |
| 04/14/2021 | 56 LS | 10 | | 42 | 150 | 330.00 | 0.20 | 0.20 | | 66.00 | | Review of Documents Docket |
| 04/20/2021 | 56 LS | 10 | | 42 | 151 | 330.00 | 0.10 | 0.10 | | 33.00 | | Review of Documents Order |
| 04/29/2021 | 56 LS | 10 | | 65 | 152 | 330.00 | 0.10 | 0.10 | | 33.00 | | Correspondence/Phone Calls E-mail with Defendant's Counsel |
| 04/30/2021 | 56 LS | 10 | | 65 | 153 | 330.00 | 0.10 | 0.10 | | 33.00 | | Correspondence/Phone Calls E-Mail with Defendant's Counsel |
| 05/06/2021 | 56 LS | 10 | | 65 | 154 | 330.00 | 0.10 | 0.10 | | 33.00 | | Correspondence/Phone Calls, E-mail with defendant's counsel |
| 05/06/2021 | 56 LS | 10 | | 53 | 155 | 330.00 | 0.20 | 0.20 | | 66.00 | | Review of correspondence. Defendant's cross motion for summary judgment. |
| 05/13/2021 | 56 LS | 10 | | 42 | 167 | 330.00 | 1.00 | 1.00 | | 330.00 | | Review of Documents Defendant's Motion for Summary Judgment |
| 05/13/2021 | 56 LS | 10 | | 16 | 168 | 330.00 | 0.10 | 0.10 | | 33.00 | | Internal collaboration re strategy with ACM |
| 05/14/2021 | 56 LS | 10 | | 65 | 169 | 330.00 | 0.10 | 0.10 | | 33.00 | | Correspondence/Phone Calls to KKI |
| 05/17/2021 | 56 LS | 10 | | 237 | 170 | 330.00 | 0.20 | 0.20 | | 66.00 | | Call with/to client Call to KKI |
| 05/24/2021 | 56 LS | 10 | | 316 | 156 | 330.00 | 0.30 | 0.30 | | 99.00 | | E-mails to and from Client |
| 05/24/2021 | 56 LS | 10 | | 16 | 157 | 330.00 | 0.10 | 0.10 | | 33.00 | | Internal collaboration re strategy with ACM |
| 05/25/2021 | 56 LS | 10 | | 11 | 158 | 330.00 | 2.00 | 2.00 | | 660.00 | | Research Case Law Cited By Defendant |
| 05/25/2021 | 56 LS | 10 | | 18 | 159 | 330.00 | 2.00 | 2.00 | | 660.00 | | Drafting-Brief Opposition to Summary Judgment |
| 05/26/2021 | 56 LS | 10 | | 316 | 160 | 330.00 | 0.20 | 0.20 | | 66.00 | | E-mails to and from Client. |
| 05/26/2021 | 56 LS | 10 | | 42 | 161 | 330.00 | 0.30 | 0.30 | | 99.00 | | Review of Documents Information From Client |
| 05/26/2021 | 56 LS | 10 | | 18 | 162 | 330.00 | 3.00 | 3.00 | | 990.00 | | Drafting-Brief Opposition |
| 05/27/2021 | 56 LS | 10 | | 18 | 163 | 330.00 | 4.00 | 4.00 | | 1,320.00 | | Drafting-Brief Response, Opposition Brief |
| 05/27/2021 | 56 LS | 10 | | 11 | 164 | 330.00 | 1.50 | 1.50 | | 495.00 | | Research Case Law |
| 05/27/2021 | 56 LS | 10 | | 42 | 165 | 330.00 | 1.00 | 1.00 | | 330.00 | | Review of Documents Records |

# Tabs3 Detail Work-In-Process Report
Sherman, Silverstein, Kohl, Rose & Podolsky

Client: **29301.108K Kennedy Krieger Institute** (Continued)

| Date | Tkpr | Cat | B C | R C | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/28/2021 | 56 LS | 10 | | | 18 | 166 | 330.00 | 1.00 | 1.00 | | 330.00 | | Drafting-Brief Response, Opposition Brief |
| 06/01/2021 | 56 LS | 10 | | | 18 | 173 | 330.00 | 1.80 | 1.80 | | 594.00 | | Drafting-Brief Opposition Brief |
| 06/01/2021 | 56 LS | 10 | | | 11 | 174 | 330.00 | 0.60 | 0.60 | | 198.00 | | Research Case Law Cited by Defendant |
| 06/01/2021 | 56 LS | 10 | | | 16 | 175 | 330.00 | 0.10 | 0.10 | | 33.00 | | Internal collaboration re strategy with ACM |
| 06/02/2021 | 56 LS | 10 | | | 43 | 172 | 330.00 | 1.30 | 1.30 | | 429.00 | | Review & Revise Prepare Brief for filing |
| 06/28/2021 | 56 LS | 10 | | | 65 | 176 | 330.00 | 0.10 | 0.10 | | 33.00 | | Correspondence/Phone Calls, w/ def's counsel |
| 06/30/2021 | 56 LS | 10 | | | 65 | 177 | 330.00 | 0.10 | 0.10 | | 33.00 | | Correspondence/Phone Calls, Email from def's counsel |
| 06/30/2021 | 56 LS | 10 | | | 53 | 178 | 330.00 | 0.20 | 0.20 | | 66.00 | | Review of correspondence, Defendant's reply brief. |
| 08/04/2021 | 56 LS | 10 | | | 65 | 180 | 330.00 | 0.30 | 0.30 | | 99.00 | | Correspondence/Phone Calls, Notice of Supplemental Authority |
| 08/04/2021 | 56 LS | 10 | | | 16 | 181 | 330.00 | 0.10 | 0.10 | | 33.00 | | Internal collaboration re strategy with ACM |
| 08/04/2021 | 56 LS | 10 | | | 11 | 182 | 330.00 | 0.20 | 0.20 | | 66.00 | | Research local rules |
| 08/12/2021 | 56 LS | 10 | | | 53 | 183 | 330.00 | 0.10 | 0.10 | | 33.00 | | Review of correspondence respond by defendant |
| 08/12/2021 | 56 LS | 10 | | | 315 | 184 | 330.00 | 0.10 | 0.10 | | 33.00 | | Send e-mail to client |
| 11/07/2022 | 56 LS | 10 | | | 65 | 185 | 350.00 | 0.10 | 0.10 | | 35.00 | | Correspondence/Phone Calls to Court regarding status |
| 11/07/2022 | 56 LS | 10 | | | 16 | 186 | 350.00 | 0.10 | 0.10 | | 35.00 | | Internal collaboration re strategy with ACM |
| 04/03/2023 | 56 LS | 10 | | | 65 | 187 | 370.00 | 0.10 | 0.10 | | 37.00 | | Call court re: status |
| 04/10/2023 | 56 LS | 10 | | | 65 | 188 | 370.00 | 0.20 | 0.20 | | 74.00 | | Call to Clerk |
| 04/10/2023 | 56 LS | 10 | | | 16 | 189 | 370.00 | 0.10 | 0.10 | | 37.00 | | Internal collaboration re strategy ACM |
| 04/10/2023 | 56 LS | 10 | | | 42 | 190 | 370.00 | 0.10 | 0.10 | | 37.00 | | Review of Docket |
| 12/18/2023 | 56 LS | 10 | | | 65 | 191 | 370.00 | 0.10 | 0.10 | | 37.00 | | Correspondence/Phone Calls to Court |
| 04/10/2024 | 56 LS | 10 | | | 316 | 224 | 385.00 | 0.10 | 0.10 | | 38.50 | | E-mails to and from Client re: status |
| 04/10/2024 | 56 LS | 10 | | | 16 | 225 | 385.00 | 0.10 | 0.10 | | 38.50 | | Internal collaboration re strategy with ACM re: Opinion |
| 04/15/2024 | 56 LS | 10 | | | 65 | 226 | 385.00 | 0.10 | 0.10 | | 38.50 | | Emails with def. counsel |
| 04/15/2024 | 56 LS | 10 | | | 16 | 227 | 385.00 | 0.10 | 0.10 | | 38.50 | | Internal collaboration re strategy with ACM |
| 04/10/2024 | 56 LS | 10 | | | 316 | 225 | 385.00 | 0.10 | 0.10 | | 38.50 | | E-mails to and from Client re: status |
| 04/17/2024 | 56 LS | 10 | | | 65 | 234 | 385.00 | 0.10 | 0.10 | | 38.50 | | Call with defendants counsel |
| 04/17/2024 | 56 LS | 10 | | | 316 | 233 | 385.00 | 0.10 | 0.10 | | 38.50 | | E-mails to and from Client re: additional records |
| 04/19/2024 | 56 LS | 10 | | | 316 | 235 | 385.00 | 0.10 | 0.10 | | 38.50 | | E-mails to and from Client. |
| 04/19/2024 | 56 LS | 10 | | | 65 | 236 | 385.00 | 0.10 | 0.10 | | 38.50 | | Emails with defendants counsel |
| 04/24/2024 | 56 LS | 10 | | | 48 | 228 | 385.00 | 0.60 | 0.60 | | 231.00 | | Drafting-Motion for Attorney's Fees |
| 04/24/2024 | 56 LS | 10 | | | 16 | 229 | 385.00 | 0.20 | 0.20 | | 77.00 | | Internal collaboration re strategy with ACM |
| 04/24/2024 | 56 LS | 10 | | | 42 | 230 | 385.00 | 0.20 | 0.20 | | 77.00 | | Review of Documents |

LM

**Tabs3 Detail Work-In-Process Report**
Sherman, Silverstein, Kohl, Rose & Podolsky

Client: 29301.108K Kennedy Krieger Institute *(Continued)*

| Date | Tkpr | B | C | R | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up/Down Hrs | Amount | Write-Up/Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/24/2024 | 56 LS | 10 | | | 65 | 231 | 385.00 | 0.10 | 0.10 | | 38.50 | | Email with defendant's counsel |
| 04/24/2024 | 56 LS | 10 | | | 11 | 232 | 385.00 | 1.00 | 1.00 | | 385.00 | | Research law on fee petition |
| 04/25/2024 | 56 LS | 10 | | | 11 | 237 | 385.00 | 1.50 | 1.50 | | 577.50 | | Research rules/case law re: motion for fees |
| 04/26/2024 | 56 LS | 10 | | | 48 | 238 | 385.00 | 0.20 | 0.20 | | 77.00 | | Drafting-Motion for Fees |
| 04/26/2024 | 56 LS | 10 | | | 18 | 239 | 385.00 | 1.00 | 1.00 | | 385.00 | | Drafting-Brief in Support of Motion for Fees |
| 04/27/2024 | 56 LS | 10 | | | 18 | 240 | 385.00 | 1.50 | 1.50 | | 577.50 | | Drafting-Brief in Support of Motion for Fees |
| 04/27/2024 | 56 LS | 10 | | | 16 | 241 | 385.00 | 0.20 | 0.20 | | 77.00 | | Internal collaboration re strategy with ACM |
| 04/28/2024 | 56 LS | 10 | | | 16 | 242 | 385.00 | 0.10 | 0.10 | | 38.50 | | Internal collaboration re strategy with ACM |

Billable Total:    56 Leily Schoenhaus      87.80   87.80    29,112.10   0.10
Fee Write-Up:      87.80   87.80    0.10

**Total Billable Fees**      127.80   127.80    51,704.60   0.10
**Total Fee Write-Up**      0.00

**Advances**

| Date | Tkpr | B | C | R | Tcode | Ref # | | | | Amount | | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | 19 ACM | 5 | | | | 1 | | | | 171.00 | | Offit Kurman - Local Counsel - Inv. 747182 *42901 |
| 02/27/2020 | 19 ACM | 5 | | | | 2 | | | | 105.00 | | Offit Kurman - Local Counsel - Inv. 762888 *43017 |
| 04/02/2020 | 19 ACM | 5 | | | | 3 | | | | 822.00 | | Offit Kurman - Local Counsel - Inv. 771408 *43058 |
| 04/23/2020 | 19 ACM | 5 | | | | 4 | | | | 400.00 | | Clerk of Court - Fee to file Complaint *43083 |
| 11/12/2020 | 19 ACM | 186 | | | | 5 | | | | 2.52 | | A+ Conferencing / Conference Call *43597 |
| 03/02/2021 | 19 ACM | 5 | | | | 6 | | | | 556.00 | | Offit Kurman - Local Counsel j- Inv. 781974, 747182 and 774228 *44228 |

**Total Billable Advances**      2,056.52

### RECAP

| | | | |
|---|---|---|---|
| Fees: | 51,704.60 | Previous Balance: | 0.00 |
| Expenses: | 0.00 | Payments/Credits: | 0.00 |
| Advances: | 2,056.52 | Balance Due: | 0.00 |
| **Total WIP:** | 53,761.12 | | |

| A/R: | 0-28 | 29-59 | 60-89 | 90-119 | 120-149 | 150+ | Total: |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 53,761.12 |

LM

# EXHIBIT B

Contact Us Now: **(856) 662-0700**

# Welcome to Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.

For more than 40 years, Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. ("Sherman Silverstein") continues to provide businesses and individuals in the greater Southern New Jersey region with unparalleled legal representation in transactional and litigation matters. Whether seeking a New Jersey business attorney, a Pennsylvania business attorney, or counsel as an individual, clients choose Sherman Silverstein because of its established mid-size firm with niche expertise and superior resources that can deliver necessary results at a fair and equitable cost. If you have similar preferences, Sherman Silverstein is your answer.

Sherman Silverstein is the ideal midsize law firm—21 attorneys—most of whom at some point in time prospered at large law firms in the Northeast, but found that practicing law was more rewarding with 100% of a firm's focus and effort going toward a more select client base. It is those shareholders who are interacting with the client on a daily basis. A strong team of associates, paralegals, and administrative staff provide outstanding support and excellent service to each of our clients.

## Real Estate

Our New Jersey business lawyers assist clients with both basic and complex real estate disputes and transactions, deploying technical acumen and a real-world perspective. We represent buyers, sellers, borrowers, brokers, lenders, landlords, tenants, investors, developers, builders, and entrepreneurs of various sizes and types. Very specific laws govern the rights and obligations of parties in the real estate industry. For example, under New Jersey lease laws, landlords are restricted to asking for 1½ months' rent for a security deposit, which needs to be returned within 30 days of the lease being terminated. Furthermore, New Jersey landlords are not permitted to discriminate against tenants based on race, creed, color, national origin, sexual orientation, age, disability, and several other traits.

## Corporate, Business & Financial Services

We provide incisive, cost-effective lawyering to business enterprises and financial institutions of all kinds throughout Southern New Jersey and the Philadelphia region. We represent start-ups, emerging businesses, and established closely held businesses, public companies, multinational entities, private equity funds, and national and regional lending institutions, as well as numerous law firms. How you structure your business can have an impact on liability, taxes, growth, and your ability to attract buyers and investors. For example, choosing a corporate structure allows you to shield personal assets, but it requires you to take more steps than forming a limited liability company or partnership. Bylaws must be created for a corporation's internal rules and procedures, and they should address issues such as the responsibilities of corporate officers, the election of a board of directors, how and when shareholder and board meetings will be held, and how the board of directors will function. Our New Jersey business attorneys help businesses develop, protect, and promote business ideas, structure their entities, seek financing, and complete mergers, acquisitions, strategic alliances, exits, and successions.

## Labor & Employment

We counsel our clients on how rapidly labor and employment laws and regulations affect their businesses. These laws include the federal Family and Medical Leave Act (FMLA), the Americans with Disabilities Act (ADA), and COBRA, as well as the New Jersey Law Against Discrimination and the Pennsylvania Human Relations Act. Our firm can address issues related to employment agreements. We can also advise a business with regard to wrongful termination and discrimination claims and represent a business in front of state and federal agencies, such as the Equal Employment Opportunity Commission (EEOC), as well as in court. Under the New Jersey Law Against Discrimination, it is illegal to

discriminate against an employee based on their national origin, religion, disability, age, ancestry, military service, color, creed, domestic partnership, sex, gender identity, or sexual orientation. Discrimination involves any adverse employment action taken on account of the employee's membership in a protected class.

## Divorce & Family Law

Our firm handles divorces, separations, child custody and visitation matters, support issues, and property distribution. We recognize that family law issues are complex, and we have a reputation for combining compassionate and highly personalized representation with tenacious advocacy. For example, we can help a parent set up an appropriate parenting plan for a child that will establish legal custody, physical custody, and parenting time. A parent to whom legal custody is granted can make decisions about the child's education, medical care, and well-being. New Jersey requires a parenting plan to align with a child's best interests. When a couple has a high net worth, a divorce can become contentious. New Jersey follows the rule of equitable distribution when distributing marital property. We assist our clients in obtaining values for the assets accumulated throughout the marriage, including prized possessions, bank accounts, business interests, retirement funds, and real estate.

## Estate Planning & Administration

Often, conflicts surface among a decedent's surviving family members and friends. Our fullservice firm has helped clients achieve their long-term estate planning goals for more than 25 years. We guide clients with regard to wills, trusts, and estates, with attention to passing down and preserving wealth, providing for business succession and continuity, making gifts, and providing care for their loved ones and them as they age. Among the issues to be considered during estate planning are the federal and state taxes at issue, the advantages and limitations of transferring, protecting, and controlling assets, and the role and availability of annuities and insurance. An adequate consideration of these issues ensures that property is transferred in an orderly way and reduces any tax burdens.

## Health Law

Our firm handles a wide range of health law matters, representing entities such as hospital systems, other licensed faculties and professional group practices, and individual health care professionals. The business attorneys at our New Jersey firm can prepare, structure, review, and negotiate health law contracts. These include contracts for reimbursement and services, hospital physician affiliation agreements, compensation arrangements, management or administrative services, joint venture agreements, and practice merger agreements. We also represent health care providers in disputes with third-party payers and counsel clients on the many federal and state laws and regulations that affect them.

## Insurance Coverage & Indemnity

We have represented insured entities in first-party litigation against insurers for failing to pay claims. Our clients have included a diocese, a luxury hotel, a big city hotel, and a manufacturer. We have gotten settlements and verdicts worth more than $20 million on behalf of clients that have suffered losses through floods, fires, windstorms, and vandalism. The language of the insurance contract will determine whether there is coverage, but sometimes insurers unfairly interpret their contracts. When an insurer behaves unfairly in denying an insurance claim that should be paid, or unreasonably delays in paying or partially pays, there may be a basis to sue for relief.

## Litigation

We have represented clients in state and federal courts, as well as administrative and arbitration proceedings. Our clients have included parties in partnership disputes and shareholder disputes, major investment-grade property owners in conflict with tenants, and financial institutions sued over mortgage practices. We have substantial, broad trial experience and a national product liability practice, representing both accident victims and manufacturers. We serve as national liaison counsel for many international corporations, working with design engineers to defend and prosecute product liability claims, and we coordinate litigation throughout the United States and Canada. Product liability laws vary from state to state. In New Jersey, manufacturers and sellers must make sure that their products are not dangerous to users. Dangers can result from manufacturing defects, design defects, or failures to warn.

## Bioethics and Clinical Trials Litigation

Litigation involving clinical trials has escalated in recent years. Each year, nearly 100,000 volunteers enroll in clinical trials. Thousands of these trials are conducted at universities, hospitals, and research institutions, but the experiments usually involve new surgical procedures, devices, and drugs. These may be therapeutic or nontherapeutic experiments. However, in some cases, these trials go awry and cause catastrophic injuries or death. Our firm has earned a strong national reputation in bioethics and clinical trials litigation. We have played a pioneering role in these types of cases. For example, we represented the family of a young man killed in a gene therapy experiment. We have also been asked to consult with major institutions, physician groups, and IRBs about the requirements for and conduct of research on human subjects.

### Tax Planning & Strategies

When a client encounters a tax question or problem, we can advise the client on its civil and criminal aspects, including providing assistance with IRS audits, United States Tax Court litigation, and United States Grand Jury investigations. One important step in tax strategy for a business is to choose the right kind of entity. The business lawyers at our New Jersey firm can help you figure out what the right type of business entity is and where to form it to maximize tax flexibility. Another tax planning strategy involves looking carefully at how various expenditures of a business are categorized for tax reporting purposes.

### Mediation Services

Mediation is one type of alternative dispute resolution. During a mediation, a neutral third party, known as a mediator, assists parties in making their own decisions. The parties control the process but are helped by the mediator. We serve as mediators in divorces to assist parties in resolving their disputes outside court. Mediation is fair, confidential, and cost-effective in resolving difficult issues such as property distribution, child custody, child support, and alimony.

### Bankruptcy, Insolvency & Workouts

Our Bankruptcy, Insolvency and Workouts Group represents clients in all legal issues related to financial distress. Generally, bankruptcy and workouts require immediate attention. A debtor's actions can have a substantial effect on secured creditors, taxing authorities, vendors, and other parties in interest, and the competing interests need to be thoroughly understood and analyzed before an action is underway. We are experienced in advocating for both creditors and debtors, and we have represented secured and unsecured creditors, corporate and individual debtors, Chapter 7 and Chapter 11 trustees, guarantors, landlords, franchisors, receivers, and assignees in state court insolvency proceedings.

### Consult an Experienced Business Lawyer in New Jersey

Over the years, Sherman Silverstein's business lawyers have developed a reputation for their ability to deliver results and respond to clients with effective and efficient approaches to their legal needs. Many of today's clients are second and third generation business owners and their families. The Firm's continued growth relies on its ability to retain clients by delivering the best results possible at a reasonable cost.

Throughout the Delaware Valley, and particularly in Camden County and the Southern New Jersey communities, Sherman Silverstein attorneys are front-and-center in civic, charitable, and community activity and participation. Starting with the founders and continuing with today's firm leadership, finding the time to give back is another of Sherman Silverstein's cornerstones of success.

In today's economic and business climate, clients are seeking an established law firm with niche expertise and superior resources that can deliver the necessary results at a fair and equitable cost. Sherman Silverstein is your answer. We serve Burlington, Camden, Atlantic, Gloucester, Ocean, Cape May, and Monmouth Counties. Call us at (856) 662-0700 or contact us via our **online form**.

## Here to Help You

**Bankruptcy, Insolvency & Workouts | Bioethics & Clinical Trials Litigation | Corporate, Business & Financial Services | Divorce & Family Law | Estate Planning & Administration | Health Law | Insurance Coverage & Indemnity | Labor & Employment | Litigation | Mediation Services | Real Estate | Tax Planning & Strategies**

## Stay Informed

### Firm News

Arthur J. Abramowitz was selected by Best Lawyers in America for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law and Litigation - Bankruptcy for 2022.

Shareholder, Bruce Luckman, was invited to present at the Online Lenders Alliance (OLA) Compliance University. The event took place July 20th to July 23rd. See Event Here: 2020 Compliance University

Sherman Silverstein's, Alan C. Milstein, participates in the podcast, "The legal Landscape: How to Survive Without Sports" with Bleacher Report's, David Gardner.

### Publications

Handbook of American Sports Law *Oxford University Press*

Stadium Spectator Safety: Is It Finally Time to Revisit The Baseball Rule? - *8 / 31 / 2015 -*

"Sperm Donor Industry needs more Regulation" - *04 / 20 / 2015 -*

---

**MOORESTOWN, NJ**
308 Harper Dr #200
Moorestown, NJ 08057

**Phone:** (856) 662-0700

**BALA CYNWYD, PA**
11 Bala Ave
Bala Cynwyd, PA 19004

**Phone:** (215) 923-2513

We have a regional practice and principally serve southern and central New Jersey and the greater Philadelphia, PA market areas, including the following localities in New Jersey: Burlington County, including Marlton, Mt. Laurel, Moorestown and Medford; Camden County, including Cherry Hill, Voorhees and Collingswood; Atlantic County, including Absecon, Atlantic City and Hammonton; Gloucester County, including Deptford; Ocean County, including Manahawken, Forked River, Long Beach Island, Toms River and Lakewood; Cape May County, including Stone Harbor, Avalon, and Ocean City; and Monmouth County, including Wall and Manasquan.

New Jersey Business Attorney | New Jersey Corporate Litigation Attorneys | Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Please do not include any confidential or sensitive information in a contact form, text message, or voicemail. The contact form sends information by non-encrypted email, which is not secure. Submitting a contact form, sending a text message, making a phone call, or leaving a voicemail does not create an attorney-client relationship.

Copyright © 2024, Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.

**JUSTIA** Law Firm Website Design

Contact Us Now: **(856) 662-0700**



# Alan C. Milstein



(856) 661-2078

amilstein@shermansilverstein.com

*New Jersey, Pennsylvania & New York*

Download VCard

**Practice Areas:**
Insurance Coverage & Indemnity
Litigation
Bioethics and Clinical Trials Litigation
Health Care Law and Compliance

## Meet Alan

Alan Milstein is a shareholder of the Firm and Chairman of the Firm's Litigation Department.  He is nationally recognized as a preeminent litigator, expert, lecturer, and author.

Mr. Milstein is particularly prominent in the following domains:

- Insurance law and fire loss litigation.
- Products liability.
- Bioethics.
- Clinical trials litigation.

**BIOETHICS AND CLINICAL TRIALS LITIGATION**

In these specific areas, Mr. Milstein is more than prominent—he is acknowledged as a pioneer in establishing the rights of research subjects . His cases and arguments have been mentioned in numerous books and articles concerning current topics in healthcare.

He was appointed an adjunct professor at the Temple University School of Law teaching Bioethics.

Mr. Milstein has also been invited to make presentations on bioethics by various **prestigious institutions and organizations**:

Mr. Milstein's expertise on bioethics issues has made him a sought-after television guest. He has appeared on Dateline, Sixty Minutes, 48 Hours, Hannity and Colmes, The Today Show, Sunday Morning, CBS News, NBC News, CNN, BBC's Science and Nature, ZDF German Public Television, and NHK Japanese Public Television.

Mr. Milstein is also a sought-after commentator on issues involving Sports Law. He has appeared on HBO's NFL Week, Cold Pizza, ESPN Sports Center and James Brown's Radio Show.

---

## Education

**J.D., Temple University School of Law, 1983**
With honors
Member, Board of Editors of Temple University Law Review

**M.A., University of Kansas, 1978**

**B.A., University of Maryland, 1975**

---

## Publications

Sherman Silverstein's, Alan C. Milstein, participates in the podcast, "The legal Landscape: How to Survive Without Sports" with Bleacher Report's, David Gardner. **Spotify** | **Stitcher** | **Apple Podcasts**

**"The Brave New World of Assisted Reproductive Technology"** *Temple 10-Q*, Temple's Business Law Magazine ,
January 2017

**"Sperm Donor Industry needs more Regulation"** *National Law Journal Op-Ed* authored, April 2015

"Research Malpractice and the Issue of Incidental Findings" *The Journal of Law Medicine & Ethics*, Summer 2008

"Handling PCB Litigation" *Trial Magazine*, May 1989

## Lectures and Presentations: Institutions and Organizations

- St. Jude's Research Hospital
- The Mayo Clinic
- Duke University
- Emory University
- Harvard University
- Stanford University
- Temple University
- University of Alabama- Birmingham
- University of Kansas
- University of Virginia

**Colleges and Universities**

- Albright College
- Fordham University Center for Ethics Education
- University of Minnesota, Center for Bioethics

**Law Schools**

- Albany
- Drexel University
- Mississippi College
- Syracuse University
- Temple University
- The Brooklyn University
- University of Kansas
- University of Pennsylvania
- University of South Carolina
- University of Toronto
- University of Virginia

**Organizations**

- Harris Martin's Multi-District Litigation (MDL) Conference
- NAACP
- Association of Clinical Research Professionals
- Health Care Compliance Association
- National Human Research Protection Advisory Committee
- New York Bar Association
- The American Academy of Pharmaceutical Physicians
- The Association of American Medical Colleges
- The Food and Drug Law Institute Summit Series on Cancer Clinical Trials
- The Healthcare Roundtable

- The Institute for International Research
- The Medical Research Summit Association of Health Care Journalists
- The Medical Technology Leadership Forum
- The Regulatory Affairs Professional Society
- Public Responsibility in Medicine and Research

---

## Practice Areas

**Real Estate | Corporate, Business & Financial Services | Labor & Employment | Divorce & Family Law | Estate Planning & Administration | Health Law | Insurance Coverage & Indemnity | Litigation | Bioethics and Clinical Trials Litigation | Tax Planning & Strategies | Mediation Services | Bankruptcy, Insolvency & Workouts**

---

**MOORESTOWN, NJ**
308 Harper Dr #200
Moorestown, NJ 08057

**Phone:** (856) 662-0700

**BALA CYNWYD, PA**
11 Bala Ave
Bala Cynwyd, PA 19004

**Phone:** (215) 923-2513

We have a regional practice and principally serve southern and central New Jersey and the greater Philadelphia, PA market areas, including the following localities in New Jersey: Burlington County, including Marlton, Mt. Laurel, Moorestown and Medford; Camden County, including Cherry Hill, Voorhees and Collingswood; Atlantic County, including Absecon, Atlantic City and Hammonton; Gloucester County, including Deptford; Ocean County, including Manahawken, Forked River, Long Beach Island, Toms River and Lakewood; Cape May County, including Stone Harbor, Avalon, and Ocean City; and Monmouth County, including Wall and Manasquan.

Alan C. Milstein | New Jersey Product Liability Lawyers Sherman, Silverstein, Kohl, Rose & Podolsky

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Please do not include any confidential or sensitive information in a contact form, text message, or voicemail. The contact form sends information by non-encrypted email, which is not secure. Submitting a contact form, sending a text message, making a phone call, or leaving a voicemail does not create an attorney-client relationship.

Copyright © 2024, Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.

**JUSTIA** Law Firm Website Design

Contact Us Now: **(856) 662-0700**



# Leily Schoenhaus



(856) 661-2070

lschoenhaus@shermansilverstein.com

*New Jersey & Pennsylvania*

Download VCard

**Practice Areas:**
Insurance Coverage & Indemnity
Litigation
Bioethics and Clinical Trials Litigation

## Meet Leily

Leily Schoenhaus is an associate in the firm's litigation department. She has handled significant matters in federal and state courts in New Jersey, Pennsylvania and elsewhere, at the trial and appellate level, as well as the Vaccine Court and the Court of Federal Claims. She has experience in a variety of substantive areas, including contract disputes and business torts and representing injured parties in cases involving product liability litigation, personal injury and

medical/professional malpractice. She has assisted in obtaining significant settlements from pharmaceutical companies on behalf of individuals who have suffered injuries in clinical trials. Her clients include injured parties, individuals involved in first-party insurance coverage disputes and parties involved in business disputes.

Before joining the Firm, Ms. Schoenhaus served as the judicial law clerk to the Honorable Ronald J. Freeman (Retired) of the Superior Court of New Jersey in Camden County.

---

## Education

**JD, Rutgers University School of Law – Camden, 2005**
Submissions Editor, Journal of Law & Urban Policy

**BA Criminal Justice, George Washington University, 2000**

---

## Jurisdictions Admitted to Practice

**New Jersey**

**Pennsylvania**

**US District Court, District of New Jersey**

---

## Professional & Bar Association Memberships

**New Jersey State Bar**

**Camden County Bar Association**

**Anti-Defamation League Eastern Pennsylvania/Delaware Region, Young Leadership Institute**
Member Since: 2008

---

## Languages

**Proficient in Spanish and Hebrew**

**Orally fluent in Farsi**

---

## Non-Legal Activities

**Anti-Defamation League Eastern Pennsylvania/Delaware Region, Young Leadership Institute (member since 2008)**

---

## Personal Interests

Yoga and travel

---

## Practice Areas

**Real Estate | Corporate, Business & Financial Services | Labor & Employment | Divorce & Family Law | Estate Planning & Administration | Health Law | Insurance Coverage & Indemnity | Litigation | Bioethics and Clinical Trials Litigation | Tax Planning & Strategies | Mediation Services | Bankruptcy, Insolvency & Workouts**

---

**MOORESTOWN, NJ**
308 Harper Dr #200
Moorestown, NJ 08057

**Phone:** (856) 662-0700

**BALA CYNWYD, PA**
11 Bala Ave
Bala Cynwyd, PA 19004

**Phone:** (215) 923-2513

We have a regional practice and principally serve southern and central New Jersey and the greater Philadelphia, PA market areas, including the following localities in New Jersey: Burlington County, including Marlton, Mt. Laurel, Moorestown and Medford; Camden County, including Cherry Hill, Voorhees and Collingswood; Atlantic County, including Absecon, Atlantic City and Hammonton; Gloucester County, including Deptford; Ocean County, including Manahawken, Forked River, Long Beach Island, Toms River and Lakewood; Cape May County, including Stone Harbor, Avalon, and Ocean City; and Monmouth County, including Wall and Manasquan.

Leily Schoenhaus | New Jersey Insurance Disputes Lawyers Sherman, Silverstein, Kohl, Rose & Podolsky

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Please do not include any confidential or sensitive information in a contact form, text message, or voicemail. The contact form sends information by non-encrypted email, which is not secure. Submitting a contact form, sending a text message,

making a phone call, or leaving a voicemail does not create an attorney-client relationship.

Copyright © 2024, Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.

**JUSTIA** Law Firm Website Design