## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of April 2024, a true and correct copy of the foregoing was served via the CM/ECF electronic filing system, which will cause a copy of the foregoing to be electronically served on all counsel of record in this matter.

Respectfully submitted,

**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**

**Dated:**    <u>April 29, 2024</u>        **By:**    *<u>s/ Alan C. Milstein</u>*
**Alan C. Milstein, Esquire**
***Attorneys for Plaintiff***

3645941.1