# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRIS DEMARINIS, individually and as guardian of D.D., | : : : | Civil Action No.: 3:20-cv-00713-RDM |
| Plaintiff, | : : : | Honorable Robert D. Mariani |
| v. | : : : | |
| ANTHEM INSURANCE COMPANIES, INC. d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, et al., | : : : : : : | **ORDER** |
| Defendant. | : | |

**AND NOW**, this ____, day of _____, 2024, upon consideration of Plaintiff's Motion for Attorney's Fees and Costs, and any response thereto, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Attorney's Fees and Costs is **GRANTED**.

    a. Anthem is Ordered to pay Plaintiff attorney's fee in an amount to be determined upon payment by Anthem pursuant to the Court's April 10, 2024 Order consisting of 25% of awarded benefits for the period of May 8, 2019, through July 7, 2019 and the period of July 8, 2019, through October 24, 2019, plus taxable costs in the amount of $2,056.52; or,

3647084.1

    b. Alternately, Anthem is Ordered pay Plaintiff's attorney's fee in the amount of $51,704.60, plus taxable costs in the amount of $2,056.52.

 

_____
Robert D. Mariani
United States District Judge

3647084.1