IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRIS DEMARINIS, individually and as guardian of D.D., <br><br> Plaintiff, <br><br> v. <br><br> ANTHEM INSURANCE COMPANIES, INC. d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, et al., <br><br> Defendants. | Civil Action No.: 3:20-cv-00713-RDM <br><br> Honorable Robert D. Mariani |

## DECLARATION OF JORDAN FONTENOT

I, Jordan Fontenot, declare and state as follows:

1. I am an attorney licensed by the Supreme Court of Texas to practice law in Texas. I am an associate attorney with the law firm of Reed Smith LLP, which is counsel of record for Defendant Anthem Insurance Companies, Inc. d/b/a Anthem Blue Cross and Blue Shield ("Anthem") in the above-captioned action. That said, I personally have not filed an appearance as counsel of record in this action.

2. I am over twenty-one years of age, of sound mind, and I am physically and mentally competent to testify to the matters herein. Each of the following facts and statements are true and correct and are either within my personal knowledge or based on my personal review of documents and data as set forth below. I could and

would testify to the facts and statements if called as a witness to offer live testimony in this matter, to the extent that testifying would not infringe on the attorney-client privilege, attorney work product doctrine, or any other applicable privilege.

3. I submit this Declaration in further support of Defendant's Brief in Opposition (the "Opposition") of Plaintiff's Motion for an Award of Attorney's Fees and Costs (the "Motion") in this action.

4. Attached hereto as **Exhibit A** is a true and correct copy of information that pertains to time entries that were recorded on Exhibit A to Plaintiff's Motion, which is ECF No. 63-2. More specifically, colleagues at Reed Smith reviewed Exhibit A to Plaintiff's Motion and converted salient information about counsel's time entries into Microsoft Excel format. Such salient information about the time entries in question included the applicable date, hourly rate, hours worked, timekeeper, hours billed, and description. My colleagues then converted the Excel information into PDF format. Notably, the "Advances" and "Recap" sections of Plaintiff's Exhibit A, which appear on page 14 of 29 of that Exhibit, were omitted from Anthem's Exhibit A. The "Advances" section pertains to costs of local counsel, while the "Recap" section pertains to totals of various costs and expenses reflected on Plaintiff's Exhibit A.

5. Further, I have reviewed Exhibit A to Plaintiff's Motion against the attached Exhibit A. Based on my review and comparison of these documents, my colleagues' work appears to have been accurately completed.

6. Attached hereto as **Exhibit B** is a true and correct copy of information that reflects the time entries from (Anthem's) Exhibit A that are disputed by Anthem in its Opposition, along with Anthem's corresponding objection to such time entries.

7. In preparing Exhibit B, I took the information in (Anthem's) Exhibit A and added Column N and included information in Column N about the specific objections Anthem is asserting. Further, I added the words "Total of Column K" and "$14,849.00" which appear at the end of Columns J and K, in order to assist the Court in understanding the value of disputed time entries in total.

8. In addition, on pages 17 through 19 of Anthem's Opposition, there are several instances where the totals of the value of entries falling into a specific category of objection are identified (*e.g.*, $12,976.50 for vague entries). I personally calculated these totals based on the information from (Anthem's) Exhibit B utilizing Excel formulas. To the best of my knowledge, these totals were accurately calculated by me. Notably, as mentioned in Anthem's Opposition, some entries and fees are subject to multiple objections.

9. Finally, colleagues at Reed Smith converted the information in Exhibit B into PDF format. Based on my review and comparison of the PDF copy of Exhibit

**DECLARATION OF JORDAN FONTENOT- PAGE 3**

B, the information in the prior Excel version of Exhibit B, and Anthem's Exhibit A, the work of my colleagues appear to have been accurately completed.

10. The duties of my colleagues at Reed Smith who performed work on the above-referenced Exhibits regularly includes assignments like those described in this Declaration.

11. I declare under penalty of perjury under the laws of the United States of America that that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on the 21st day of May 2024.

*/s/ Jordan Fontenot*
Jordan Fontenot

# EXHIBIT A

| Date | Tkpr | Cat | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up / Down Hrs | Amount | Write-Up / Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18/2019 | 19 ACM | 10 | 16 | 219 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily. |
| 12/9/2019 | 19 ACM | 10 | 16 | 192 | 605 | 0.20 | 0.20 | | 121.00 | | Internal collaboration re strategy with LS. |
| 3/4/2020 | 19 ACM | 10 | 13 | 26 | 535 | 4.00 | 4.00 | | 2140.00 | | Review documents to draft Complaint. |
| 3/16/2020 | 19 ACM | 10 | 16 | 193 | 605 | 0.20 | 0.20 | | 121.00 | | Internal collaboration re strategy with LS. |
| 3/17/2020 | 19 ACM | 10 | 16 | 194 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. |
| 3/20/2020 | 19 ACM | 10 | 13 | 34 | 535 | 3.50 | 3.50 | | 1872.50 | | Review documents and Amended Complaint. |
| 3/20/2020 | 19 ACM | 10 | 13 | 35 | 535 | 3.50 | 3.50 | | 1872.50 | | Review documents and Amended Complaint. |
| 4/3/2020 | 19 ACM | 10 | 13 | 49 | 535 | 1.50 | 1.50 | | 802.50 | | Review Motion to Dismiss. |
| 4/3/2020 | 19 ACM | 10 | 13 | 58 | 535 | 1.50 | 1.50 | | 802.50 | | Review Motion to Dismiss. |
| 4/3/2020 | 19 ACM | 10 | 16 | 195 | 605 | 0.20 | 0.20 | | 121.00 | | Internal collaboration re strategy with LS. |
| 4/3/2020 | 19 ACM | 10 | 13 | 221 | 605 | 1.00 | 1.00 | | 605.00 | | Review Motion to Dismiss. |
| 4/6/2020 | 19 ACM | 10 | 16 | 217 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily S. |
| 4/7/2020 | 19 ACM | 10 | 16 | 218 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily S. |
| 4/8/2020 | 19 ACM | 10 | 16 | 196 | 605 | 0.20 | 0.20 | | 121.00 | | Internal collaboration re strategy with LS. |
| 4/8/2020 | 19 ACM | 10 | 16 | 197 | 605 | 0.20 | 0.20 | | 121.00 | | Internal collaboration re strategy with LS. |
| 4/8/2020 | 19 ACM | 10 | 13 | 220 | 605 | 1.00 | 1.00 | | 605.00 | | Review and revise Complaint and Stipulation. |
| 4/13/2020 | 19 ACM | 10 | 13 | 59 | 535 | 3.50 | 3.50 | | 1872.50 | | Review documents. |
| 4/16/2020 | 19 ACM | 10 | 16 | 198 | 605 | 0.30 | 0.30 | | 181.50 | | Internal collaboration re strategy. Emails with LS and local counsel. |
| 4/20/2020 | 19 ACM | 10 | 13 | 222 | 605 | 0.50 | 0.50 | | 302.50 | | Review Motion to Seal. |
| 4/21/2020 | 19 ACM | 10 | 16 | 199 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. |
| 5/1/2020 | 19 ACM | 10 | 13 | 71 | 535 | 3.50 | 3.50 | | 1872.50 | | Draft Complaint. Correspondence with court. |
| 7/5/2020 | 19 ACM | 10 | 16 | 201 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. |
| 7/14/2020 | 19 ACM | 10 | 16 | 200 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. |
| 8/10/2020 | 19 ACM | 10 | 16 | 202 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. |
| 10/6/2020 | 19 ACM | 10 | 16 | 203 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. |
| 10/28/2020 | 19 ACM | 10 | 13 | 223 | 605 | 0.30 | 0.30 | | 181.50 | | Review Joint Case Management Report. Internal collaboration with LS. |
| 11/12/2020 | 19 ACM | 10 | 16 | 204 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. |
| 1/8/2021 | 19 ACM | 10 | 16 | 206 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. |
| 2/5/2021 | 19 ACM | 10 | 16 | 207 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. |
| 3/16/2021 | 19 ACM | 10 | 13 | 208 | 605 | 3.50 | 3.50 | | 2117.50 | | Review and revise reply brief. |
| 3/25/2021 | 19 ACM | 10 | 16 | 205 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. |
| 3/25/2021 | 19 ACM | 10 | 13 | 209 | 605 | 3.50 | 3.50 | | 2117.50 | | Review and revise Brief Summary Judgment. |
| 5/13/2021 | 19 ACM | 10 | 16 | 211 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily. |
| 5/18/2021 | 19 ACM | 10 | 13 | 171 | 550 | 2.50 | 2.50 | | 1375.00 | | Review pleadings. |
| 5/24/2021 | 19 ACM | 10 | 16 | 212 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily. |

| Date | Tkpr | Cat | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up / Down Hrs | Amount | Write-Up / Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/25/2021 | 19 ACM | 10 | 13 | 210 | 605 | 3.50 | 3.50 | | 2117.50 | | Review and revise Brief in Opposition to Summary Judgment. |
| 6/1/2021 | 19 ACM | 10 | 16 | 213 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily. |
| 8/4/2021 | 19 ACM | 10 | 16 | 214 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily. |
| 1/7/2022 | 19 ACM | 10 | 16 | 215 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily S. |
| 4/10/2022 | 19 ACM | 10 | 16 | 216 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily. |
| **Billable Total:** | | | 19 Alan C. Milstein | | | **40.00** | **40.00** | | **22,592.50** | | |
| | | | | | | | | | | | |
| 11/18/2019 | 56 LS | 10 | 65 | 18 | 305 | 0.10 | 0.10 | | 30.50 | | Correspondence/Phone Calls with Local Counsel |
| 11/18/2019 | 56 LS | 10 | 16 | 19 | 305 | 0.10 | 0.10 | | 30.50 | | Internal collaboration re strategy with ACM |
| 11/27/2019 | 56 LS | 10 | 42 | 1 | 305 | 1.00 | 1.00 | | 305.00 | | Review of Documents from client |
| 12/4/2019 | 56 LS | 10 | 42 | 2 | 305 | 1.00 | 1.00 | | 305.00 | | Review of Documents |
| 12/4/2019 | 56 LS | 10 | 315 | 3 | 305 | 0.10 | 0.10 | | 30.50 | | Send e-mail to client, additional info needed |
| 12/4/2019 | 56 LS | 10 | 45 | 4 | 305 | 2.00 | 2.00 | | 610.00 | | Drafting-Complaint |
| 12/5/2019 | 56 LS | 10 | 316 | 5 | 305 | 0.10 | 0.10 | | 30.50 | | E-mails to and from Client. |
| 12/5/2019 | 56 LS | 10 | 42 | 6 | 305 | 0.10 | 0.10 | | 30.50 | | Review of Documents from client |
| 12/9/2019 | 56 LS | 10 | 11 | 7 | 305 | 0.50 | 0.50 | | 152.50 | | Research Athem BCBS/Carefirst/Siemens |
| 12/9/2019 | 56 LS | 10 | 315 | 8 | 305 | 0.10 | 0.10 | | 30.50 | | Send e-mail to client |
| 12/9/2019 | 56 LS | 10 | 16 | 9 | 305 | 0.20 | 0.20 | | 61.00 | | Internal collaboration re strategy w/ACM |
| 12/9/2019 | 56 LS | 10 | 45 | 10 | 305 | 1.00 | 1.00 | | 305.00 | | Drafting-Complaint |
| 12/13/2019 | 56 LS | 10 | 316 | 11 | 305 | 0.10 | 0.10 | | 30.50 | | E-mails to and from Client. |
| 12/16/2019 | 56 LS | 10 | 43 | 12 | 305 | 0.20 | 0.20 | | 61.00 | | Review & Revise complaint |
| 12/16/2019 | 56 LS | 10 | 65 | 13 | 305 | 0.30 | 0.30 | | 91.50 | | Correspondence/Phone Calls' e-mail w/local counsel |
| 12/16/2019 | 56 LS | 10 | 65 | 14 | 305 | 0.20 | 0.20 | | 61.00 | | Correspondence/Phone Calls, pro hac vice information |
| 12/18/2019 | 56 LS | 10 | 53 | 15 | 305 | 0.10 | 0.10 | | 30.50 | | Review of correspondence, Settlement Denial HR |
| 12/30/2019 | 56 LS | 10 | 65 | 16 | 305 | 0.10 | 0.10 | | 30.50 | | Correspondence/Phone Calls, e-mail w/local counsel |
| 12/30/2019 | 56 LS | 10 | 65 | 17 | 305 | 0.10 | 0.10 | | 30.50 | | Correspondence/Phone Calls, agmt. From local counsel |
| 1/15/2020 | 56 LS | 10 | 65 | 20 | 305 | 0.10 | 0.10 | | 30.50 | | Correspondence/Phone Calls, e-mail w/local counsel re: status |
| 1/21/2020 | 56 LS | 10 | 65 | 21 | 305 | 0.10 | 0.10 | | 30.50 | | Correspondence/Phone Calls, e-mail w/local counsel |
| 2/5/2020 | 56 LS | 10 | 316 | 22 | 325 | 0.20 | 0.20 | | 65.00 | | E-mails to and from Client., Status |
| 2/5/2020 | 56 LS | 10 | 65 | 23 | 325 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls, e-mail w/local counsel |
| 3/2/2020 | 56 LS | 10 | 316 | 24 | 325 | 0.20 | 0.20 | | 65.00 | | E-mails to and from Client. |
| 3/2/2020 | 56 LS | 10 | 65 | 25 | 325 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls; E-mail def. |
| 3/16/2020 | 56 LS | 10 | 45 | 27 | 325 | 1.00 | 1.00 | | 325.00 | | Drafting-Amended Complaint |
| 3/16/2020 | 56 LS | 10 | 42 | 28 | 325 | 0.50 | 0.50 | | 162.50 | | Review of Documents in File |
| 3/16/2020 | 56 LS | 10 | 16 | 29 | 325 | 0.20 | 0.20 | | 65.00 | | Internal collaboration re strategy with ACM |

| Date | Tkpr | Cat | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up / Down Hrs | Amount | Write-Up / Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/16/2020 | 56 LS | 10 | 53 | 30 | 325 | 0.40 | 0.40 | | 130.00 | | Review of correspondence Defendant's Motion to Dismiss |
| 3/17/2020 | 56 LS | 10 | 316 | 31 | 325 | 0.20 | 0.20 | | 65.00 | | E-mails to and from Client regarding status |
| 3/17/2020 | 56 LS | 10 | 16 | 32 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM |
| 3/17/2020 | 56 LS | 10 | 16 | 33 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with local counsel |
| 4/3/2020 | 56 LS | 10 | 53 | 36 | 325 | 0.40 | 0.40 | | 130.00 | | Review of correspondence Defendant's Second Motion to Dismiss |
| 4/3/2020 | 56 LS | 10 | 16 | 37 | 325 | 0.20 | 0.20 | | 65.00 | | Internal collaboration re strategy with ACM |
| 4/3/2020 | 56 LS | 10 | 315 | 38 | 325 | 0.10 | 0.10 | | 32.50 | | Send e-mail to client |
| 4/3/2020 | 56 LS | 10 | 42 | 39 | 325 | 0.20 | 0.20 | | 65.00 | | Review of Documents |
| 4/6/2020 | 56 LS | 10 | 316 | 40 | 325 | 0.30 | 0.30 | | 97.50 | | E-mails to and from Client regarding amending complaint to add parent |
| 4/6/2020 | 56 LS | 10 | 43 | 41 | 325 | 0.50 | 0.50 | | 162.50 | | Review & Revise Draft Amended Complaint adding parent |
| 4/6/2020 | 56 LS | 10 | 16 | 42 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM |
| 4/7/2020 | 56 LS | 10 | 316 | 43 | 325 | 0.30 | 0.30 | | 97.50 | | E-mails to and from Client regarding status |
| 4/7/2020 | 56 LS | 10 | 16 | 44 | 325 | 0.50 | 0.50 | | 162.50 | | Internal collaboration re strategy with ACM |
| 4/7/2020 | 56 LS | 10 | 237 | 45 | 325 | 0.20 | 0.20 | | 65.00 | | Call with/to client regarding status |
| 4/7/2020 | 56 LS | 10 | 43 | 46 | 325 | 0.50 | 0.50 | | 162.50 | | Review & Revise draft complaint in MDPA |
| 4/7/2020 | 56 LS | 10 | 158 | 47 | 325 | 0.20 | 0.20 | | 65.00 | | Drafting correspondence to Client |
| 4/7/2020 | 56 LS | 10 | 65 | 48 | 325 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls Voluntary Dismissal |
| 4/8/2020 | 56 LS | 10 | 65 | 52 | 325 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls E-mail with Defendant's Counsel |
| 4/8/2020 | 56 LS | 10 | 16 | 53 | 325 | 0.20 | 0.20 | | 65.00 | | Internal collaboration re strategy with ACM |
| 4/8/2020 | 56 LS | 10 | 43 | 54 | 325 | 0.50 | 0.50 | | 162.50 | | Review & Revise Complaint |
| 4/8/2020 | 56 LS | 10 | 43 | 55 | 325 | 0.20 | 0.20 | | 65.00 | | Review & Revise Stipulation |
| 4/8/2020 | 56 LS | 10 | 65 | 56 | 325 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls E-mail with Defendant's Counsel |
| 4/8/2020 | 56 LS | 10 | 16 | 57 | 325 | 0.20 | 0.20 | | 65.00 | | Internal collaboration re strategy with ACM |
| 4/14/2020 | 56 LS | 10 | 65 | 50 | 325 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls E-mail with Defendant's Counsel |
| 4/14/2020 | 56 LS | 10 | 42 | 51 | 325 | 0.20 | 0.20 | | 65.00 | | Review of Documents |
| 4/16/2020 | 56 LS | 10 | 16 | 60 | 325 | 0.30 | 0.30 | | 97.50 | | Internal collaboration re strategy e-mails with ACM and Local Counsel |
| 4/20/2020 | 56 LS | 10 | 42 | 61 | 325 | 0.50 | 0.50 | | 162.50 | | Review of Documents Motion to Seal |
| 4/20/2020 | 56 LS | 10 | 11 | 62 | 325 | 0.50 | 0.50 | | 162.50 | | Research Local Rules MDPA |
| 4/21/2020 | 56 LS | 10 | 65 | 63 | 325 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls E-mail with Opposing Counsel regarding check |

3

| Date | Tkpr | Cat | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up / Down Hrs | Amount | Write-Up / Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/21/2020 | 56 LS | 10 | 16 | 64 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy e-mail with ACM |
| 4/21/2020 | 56 LS | 10 | 316 | 65 | 325 | 0.20 | 0.20 | | 65.00 | | E-mails to and from Client regarding status |
| 5/11/2020 | 56 LS | 10 | 316 | 66 | 325 | 0.20 | 0.20 | | 65.00 | | E-mails to and from Client regarding status |
| 5/13/2020 | 56 LS | 10 | 65 | 67 | 325 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls e-mails with Defense Counsel |
| 5/13/2020 | 56 LS | 10 | 42 | 68 | 325 | 0.10 | 0.10 | | 32.50 | | Review of Documents |
| 5/15/2020 | 56 LS | 10 | 42 | 69 | 325 | 0.20 | 0.20 | | 65.00 | | Review of Documents Filed |
| 5/15/2020 | 56 LS | 10 | 65 | 70 | 325 | 0.40 | 0.40 | | 130.00 | | Correspondence/Phone Calls e-mails with Defendant's Counsel |
| 5/18/2020 | 56 LS | 10 | 65 | 72 | 325 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls E-mails with Defendant's Counsel |
| 5/19/2020 | 56 LS | 10 | 316 | 73 | 325 | 0.20 | 0.20 | | 65.00 | | E-mails to and from Client regarding status |
| 7/7/2020 | 56 LS | 10 | 316 | 74 | 325 | 0.00 | 0.00 | | 0.10 | 0.10 | E-mails to and from Client regarding status |
| 7/8/2020 | 56 LS | 10 | 16 | 75 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM |
| 7/8/2020 | 56 LS | 10 | 65 | 76 | 325 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls E-mails with Opposing Counsel |
| 7/14/2020 | 56 LS | 10 | 16 | 77 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM |
| 7/15/2020 | 56 LS | 10 | 65 | 78 | 325 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls E-mail Defense Counsel |
| 7/15/2020 | 56 LS | 10 | 16 | 79 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM |
| 7/15/2020 | 56 LS | 10 | 53 | 80 | 325 | 0.20 | 0.20 | | 65.00 | | Review of correspondence Answer |
| 7/22/2020 | 56 LS | 10 | 316 | 81 | 325 | 0.10 | 0.10 | | 32.50 | | E-mails to and from Client regarding status |
| 8/7/2020 | 56 LS | 10 | 65 | 82 | 325 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls with Defense Counsel |
| 8/10/2020 | 56 LS | 10 | 16 | 83 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM |
| 8/11/2020 | 56 LS | 10 | 65 | 84 | 325 | 0.40 | 0.40 | | 130.00 | | Correspondence/Phone Calls Conference Call with Defense Counsel and Clerk |
| 8/11/2020 | 56 LS | 10 | 11 | 85 | 325 | 0.30 | 0.30 | | 97.50 | | Research Local Rules |
| 8/12/2020 | 56 LS | 10 | 11 | 86 | 325 | 0.30 | 0.30 | | 97.50 | | Research Causes of Action in PA |
| 8/12/2020 | 56 LS | 10 | 16 | 87 | 325 | 0.20 | 0.20 | | 65.00 | | Internal collaboration re strategy with JPR |
| 8/13/2020 | 56 LS | 10 | 65 | 88 | 325 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls E-mail with Defense Counsel |
| 9/14/2020 | 56 LS | 10 | 42 | 90 | 325 | 0.20 | 0.20 | | 65.00 | | Review of Documents Local Rules |
| 9/14/2020 | 56 LS | 10 | 48 | 91 | 325 | 0.50 | 0.50 | | 162.50 | | Drafting-Motion to Unseal |
| 9/14/2020 | 56 LS | 10 | 65 | 92 | 325 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls E-mail with Defendant's Counsel |
| 9/15/2020 | 56 LS | 10 | 316 | 94 | 325 | 0.10 | 0.10 | | 32.50 | | E-mails to and from Client regarding status |
| 9/21/2020 | 56 LS | 10 | 65 | 95 | 325 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls E-mail with Defendant Counsel |
| 9/22/2020 | 56 LS | 10 | 65 | 96 | 325 | 0.30 | 0.30 | | 97.50 | | Correspondence/Phone Calls with Defense Counsel |

| Date | Tkpr | Cat | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up / Down Hrs | Amount | Write-Up / Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/22/2020 | 56 LS | 10 | 42 | 97 | 325 | 0.10 | 0.10 | | 32.50 | | Review of Documents Docket |
| 9/22/2020 | 56 LS | 10 | 43 | 98 | 325 | 0.20 | 0.20 | | 65.00 | | Review & Revise Motion to Unseal |
| 9/22/2020 | 56 LS | 10 | 53 | 99 | 325 | 0.10 | 0.10 | | 32.50 | | Review of correspondence Court Notice |
| 9/22/2020 | 56 LS | 10 | 315 | 100 | 325 | 0.10 | 0.10 | | 32.50 | | Send e-mail to client |
| 9/30/2020 | 56 LS | 10 | 65 | 93 | 325 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls E-mail with Defendant's Counsel |
| 10/6/2020 | 56 LS | 10 | 65 | 101 | 325 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls E-mail with Defense Counsel |
| 10/6/2020 | 56 LS | 10 | 16 | 102 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM |
| 10/7/2020 | 56 LS | 10 | 65 | 103 | 325 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls with Defendant's Counsel |
| 10/7/2020 | 56 LS | 10 | 65 | 104 | 325 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls to Clerk with Defendant's Counsel |
| 10/16/2020 | 56 LS | 10 | 11 | 105 | 325 | 0.20 | 0.20 | | 65.00 | | Research Local Rules |
| 10/16/2020 | 56 LS | 10 | 65 | 106 | 325 | 1.00 | 1.00 | | 325.00 | | Correspondence/Phone Calls Joint Scheduling Order |
| 10/16/2020 | 56 LS | 10 | 158 | 107 | 325 | 0.10 | 0.10 | | 32.50 | | Drafting correspondence to Court |
| 10/16/2020 | 56 LS | 10 | 65 | 108 | 325 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls E-mail to Defendant's Counsel |
| 10/16/2020 | 56 LS | 10 | 65 | 109 | 325 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls e-mail with Defendant's Counsel |
| 10/20/2020 | 56 LS | 10 | 65 | 110 | 325 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls and E-mail with Defendant's Counsel |
| 10/20/2020 | 56 LS | 10 | 43 | 111 | 325 | 0.30 | 0.30 | | 97.50 | | Review & Revise Case Management Plan |
| 10/20/2020 | 56 LS | 10 | 11 | 112 | 325 | 0.20 | 0.20 | | 65.00 | | Research Local Rules and ERISA Practice |
| 10/28/2020 | 56 LS | 10 | 65 | 113 | 325 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls E-mail with Defendant |
| 10/28/2020 | 56 LS | 10 | 43 | 114 | 325 | 0.10 | 0.10 | | 32.50 | | Review & Revise Joint Case Management Report |
| 11/3/2020 | 56 LS | 10 | 42 | 115 | 325 | 0.10 | 0.10 | | 32.50 | | Review of Documents Court Notice |
| 11/3/2020 | 56 LS | 10 | 158 | 116 | 325 | 0.20 | 0.20 | | 65.00 | | Drafting correspondence Letter to Court and Counsel |
| 11/12/2020 | 56 LS | 10 | 16 | 117 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM |
| 11/30/2020 | 56 LS | 10 | 65 | 118 | 325 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls E-mail Defendant's Counsel |
| 11/30/2020 | 56 LS | 10 | 42 | 119 | 325 | 0.20 | 0.20 | | 65.00 | | Review of Documents Joint Motion and Protective Order |
| 12/1/2020 | 56 LS | 10 | 65 | 120 | 325 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls E-mail with Defense Counsel |
| 12/2/2020 | 56 LS | 10 | 65 | 121 | 325 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls E-mail with Defendant's Counsel |
| 12/28/2020 | 56 LS | 10 | 65 | 122 | 325 | 0.10 | 0.10 | | 32.50 | | Correspondence/Phone Calls E-mail with Defense Counsel |

| Date | Tkpr | Cat | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up / Down Hrs | Amount | Write-Up / Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/4/2021 | 56 LS | 10 | 65 | 123 | 325 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls E-mail with Defendant's Counsel |
| 1/4/2021 | 56 LS | 10 | 43 | 124 | 325 | 0.30 | 0.30 | | 97.50 | | Review & Revise Admin Record from Defense Counsel |
| 1/8/2021 | 56 LS | 10 | 16 | 125 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM |
| 2/5/2021 | 56 LS | 10 | 16 | 126 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM |
| 3/12/2021 | 56 LS | 10 | 42 | 127 | 330 | 0.20 | 0.20 | | 66.00 | | Review of Documents File |
| 3/12/2021 | 56 LS | 10 | 11 | 128 | 330 | 0.50 | 0.50 | | 165.00 | | Research MDPA Local Rules |
| 3/15/2021 | 56 LS | 10 | 42 | 129 | 330 | 2.50 | 2.50 | | 825.00 | | Review of Documents Administrative Record |
| 3/16/2021 | 56 LS | 10 | 42 | 130 | 330 | 2.00 | 2.00 | | 660.00 | | Review of Documents Administrative Record |
| 3/16/2021 | 56 LS | 10 | 18 | 131 | 330 | 1.00 | 1.00 | | 330.00 | | Drafting-Brief Statement of Facts |
| 3/17/2021 | 56 LS | 10 | 42 | 132 | 330 | 2.00 | 2.00 | | 660.00 | | Review of Documents Administrative Record |
| 3/17/2021 | 56 LS | 10 | 18 | 133 | 330 | 1.00 | 1.00 | | 330.00 | | Drafting-Brief Statement of Facts |
| 3/18/2021 | 56 LS | 10 | 11 | 134 | 330 | 1.50 | 1.50 | | 495.00 | | Research Case Law |
| 3/18/2021 | 56 LS | 10 | 42 | 135 | 330 | 2.00 | 2.00 | | 660.00 | | Review of Documents Administrative Record |
| 3/18/2021 | 56 LS | 10 | 18 | 136 | 330 | 2.00 | 2.00 | | 660.00 | | Drafting-Brief Statement of Facts and Brief |
| 3/19/2021 | 56 LS | 10 | 18 | 137 | 330 | 3.00 | 3.00 | | 990.00 | | Drafting-Brief Summary Judgment Brief |
| 3/22/2021 | 56 LS | 10 | 18 | 138 | 330 | 2.00 | 2.00 | | 660.00 | | Drafting-Brief Summary Judgment Brief |
| 3/23/2021 | 56 LS | 10 | 11 | 139 | 330 | 1.50 | 1.50 | | 495.00 | | Research Case Law |
| 3/23/2021 | 56 LS | 10 | 18 | 140 | 330 | 3.00 | 3.00 | | 990.00 | | Drafting-Brief Summary Judgment Brief |
| 3/24/2021 | 56 LS | 10 | 43 | 141 | 330 | 2.00 | 2.00 | | 660.00 | | Review & Revise Prepare Brief for Filing |
| 3/25/2021 | 56 LS | 10 | 236 | 142 | 330 | 0.20 | 0.20 | | 66.00 | | Call with/to opposing counsel with Opposing Counsel |
| 3/25/2021 | 56 LS | 10 | 16 | 143 | 330 | 0.10 | 0.10 | | 33.00 | | Internal collaboration re strategy with ACM |
| 3/25/2021 | 56 LS | 10 | 65 | 144 | 330 | 0.20 | 0.20 | | 66.00 | | Correspondence/Phone Calls Local Rules |
| 3/25/2021 | 56 LS | 10 | 18 | 145 | 330 | 0.20 | 0.20 | | 66.00 | | Drafting-Brief Motion to file overlength brief |
| 3/25/2021 | 56 LS | 10 | 11 | 146 | 330 | 0.20 | 0.20 | | 66.00 | | Research local rules |
| 3/26/2021 | 56 LS | 10 | 65 | 147 | 330 | 0.20 | 0.20 | | 66.00 | | Correspondence/Phone Calls, email with def's counsel |
| 3/26/2021 | 56 LS | 10 | 18 | 148 | 330 | 0.50 | 0.50 | | 165.00 | | Drafting-Brief. Motion to file overlength brief |
| 4/14/2021 | 56 LS | 10 | 65 | 149 | 330 | 0.20 | 0.20 | | 66.00 | | Correspondence/Phone Calls E-mail with Defendant's Counsel |
| 4/14/2021 | 56 LS | 10 | 42 | 150 | 330 | 0.20 | 0.20 | | 66.00 | | Review of Documents Docket |
| 4/20/2021 | 56 LS | 10 | 42 | 151 | 330 | 0.10 | 0.10 | | 33.00 | | Review of Documents Order |
| 4/29/2021 | 56 LS | 10 | 65 | 152 | 330 | 0.10 | 0.10 | | 33.00 | | Correspondence/Phone Calls E-mail with Defendant's Counsel |
| 4/30/2021 | 56 LS | 10 | 65 | 153 | 330 | 0.10 | 0.10 | | 33.00 | | Correspondence/Phone Calls E-Mail with Defendant's Counsel |
| 5/6/2021 | 56 LS | 10 | 65 | 154 | 330 | 0.10 | 0.10 | | 33.00 | | Correspondence/Phone Calls. E-mail with defendant's counsel |

6

| Date | Tkpr | Cat | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up / Down Hrs | Amount | Write-Up / Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/6/2021 | 56 LS | 10 | 53 | 155 | 330 | 0.20 | 0.20 | | 66.00 | | Review of correspondence. Defendant's cross motion for summary judgment. |
| 5/13/2021 | 56 LS | 10 | 42 | 167 | 330 | 1.00 | 1.00 | | 330.00 | | Review of Documents Defendant's Motion for Summary Judgment |
| 5/13/2021 | 56 LS | 10 | 16 | 168 | 330 | 0.10 | 0.10 | | 33.00 | | Internal collaboration re strategy with ACM |
| 5/14/2021 | 56 LS | 10 | 65 | 169 | 330 | 0.10 | 0.10 | | 33.00 | | Correspondence/Phone Calls to KKI |
| 5/17/2021 | 56 LS | 10 | 237 | 170 | 330 | 0.20 | 0.20 | | 66.00 | | Call with/to client Call to KKI |
| 5/24/2021 | 56 LS | 10 | 316 | 156 | 330 | 0.30 | 0.30 | | 99.00 | | E-mails to and from Client. |
| 5/24/2021 | 56 LS | 10 | 16 | 157 | 330 | 0.10 | 0.10 | | 33.00 | | Internal collaboration re strategy with ACM |
| 5/25/2021 | 56 LS | 10 | 11 | 158 | 330 | 2.00 | 2.00 | | 660.00 | | Research Case Law Cited By Defendant |
| 5/25/2021 | 56 LS | 10 | 18 | 159 | 330 | 2.00 | 2.00 | | 660.00 | | Drafting-Brief Opposition to Summary Judgment |
| 5/26/2021 | 56 LS | 10 | 316 | 160 | 330 | 0.20 | 0.20 | | 66.00 | | E-mails to and from Client. |
| 5/26/2021 | 56 LS | 10 | 42 | 161 | 330 | 0.30 | 0.30 | | 99.00 | | Review of Documents Information From Client |
| 5/26/2021 | 56 LS | 10 | 18 | 162 | 330 | 3.00 | 3.00 | | 990.00 | | Drafting-Brief Opposition |
| 5/27/2021 | 56 LS | 10 | 18 | 163 | 330 | 4.00 | 4.00 | | 1320.00 | | Drafting-Brief Response, Opposition Brief |
| 5/27/2021 | 56 LS | 10 | 11 | 164 | 330 | 1.50 | 1.50 | | 495.00 | | Research Case Law |
| 5/27/2021 | 56 LS | 10 | 42 | 165 | 330 | 1.00 | 1.00 | | 330.00 | | Review of Documents Records |
| 5/28/2021 | 56 LS | 10 | 18 | 166 | 330 | 1.00 | 1.00 | | 330.00 | | Drafting-Brief Response, Opposition Brief |
| 6/1/2021 | 56 LS | 10 | 18 | 173 | 330 | 1.80 | 1.80 | | 594.00 | | Drafting-Brief Opposition Brief |
| 6/1/2021 | 56 LS | 10 | 11 | 174 | 330 | 0.60 | 0.60 | | 198.00 | | Research Case Law Cited by Defendant |
| 6/1/2021 | 56 LS | 10 | 16 | 175 | 330 | 0.10 | 0.10 | | 33.00 | | Internal collaboration re strategy with ACM |
| 6/2/2021 | 56 LS | 10 | 43 | 172 | 330 | 1.30 | 1.30 | | 429.00 | | Review & Revise Prepare Brief for filing |
| 6/28/2021 | 56 LS | 10 | 65 | 176 | 330 | 0.10 | 0.10 | | 33.00 | | Correspondence/Phone Calls. w/ def's counsel |
| 6/30/2021 | 56 LS | 10 | 65 | 177 | 330 | 0.10 | 0.10 | | 33.00 | | Correspondence/Phone Calls. Email from def's counsel |
| 6/30/2021 | 56 LS | 10 | 53 | 178 | 330 | 0.20 | 0.20 | | 66.00 | | Review of correspondence. Defendant's reply brief. |
| 8/4/2021 | 56 LS | 10 | 65 | 180 | 330 | 0.30 | 0.30 | | 99.00 | | Correspondence/Phone Calls. Notice of Supplemental Authority |
| 8/4/2021 | 56 LS | 10 | 16 | 181 | 330 | 0.10 | 0.10 | | 33.00 | | Internal collaboration re strategy with ACM |
| 8/4/2021 | 56 LS | 10 | 11 | 182 | 330 | 0.20 | 0.20 | | 66.00 | | Research local rules |
| 8/12/2021 | 56 LS | 10 | 53 | 183 | 330 | 0.10 | 0.10 | | 33.00 | | Review of correspondence respond by defendant |
| 8/12/2021 | 56 LS | 10 | 315 | 184 | 330 | 0.10 | 0.10 | | 33.00 | | Send e-mail to client |
| 11/7/2022 | 56 LS | 10 | 65 | 185 | 350 | 0.10 | 0.10 | | 35.00 | | Correspondence/Phone Calls to Court regarding status |
| 11/7/2022 | 56 LS | 10 | 16 | 186 | 350 | 0.10 | 0.10 | | 35.00 | | Internal collaboration re strategy with ACM |
| 4/3/2023 | 56 LS | 10 | 65 | 187 | 370 | 0.10 | 0.10 | | 37.00 | | Call court re: status |
| 4/10/2023 | 56 LS | 10 | 65 | 188 | 370 | 0.20 | 0.20 | | 74.00 | | Call to Clerk |
| 4/10/2023 | 56 LS | 10 | 16 | 189 | 370 | 0.10 | 0.10 | | 37.00 | | Internal collaboration re strategy ACM |
| 4/10/2023 | 56 LS | 10 | 42 | 190 | 370 | 0.10 | 0.10 | | 37.00 | | Review of Docket |
| 12/18/2023 | 56 LS | 10 | 65 | 191 | 370 | 0.10 | 0.10 | | 37.00 | | Correspondence/Phone Calls to Court |

| Date | Tkpr | Cat | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up / Down Hrs | Amount | Write-Up / Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/10/2024 | 56 LS | 10 | 316 | 224 | 385 | 0.10 | 0.10 | | 38.50 | | E-mails to and from Client re: status |
| 4/10/2024 | 56 LS | 10 | 16 | 225 | 385 | 0.10 | 0.10 | | 38.50 | | Internal collaboration re strategy with ACM re: Opinion |
| 4/15/2024 | 56 LS | 10 | 65 | 226 | 385 | 0.10 | 0.10 | | 38.50 | | Emails with def. counsel |
| 4/15/2024 | 56 LS | 10 | 16 | 227 | 385 | 0.10 | 0.10 | | 38.50 | | Internal collaboration re strategy with ACM |
| 4/17/2024 | 56 LS | 10 | 316 | 233 | 385 | 0.10 | 0.10 | | 38.50 | | E-mails to and from Client re: additional records |
| 4/17/2024 | 56 LS | 10 | 65 | 234 | 385 | 0.10 | 0.10 | | 38.50 | | Call with defendants counsel |
| 4/19/2024 | 56 LS | 10 | 316 | 235 | 385 | 0.10 | 0.10 | | 38.50 | | E-mails to and from Client. |
| 4/19/2024 | 56 LS | 10 | 65 | 236 | 385 | 0.10 | 0.10 | | 38.50 | | Emails with defendants counsel |
| 4/24/2024 | 56 LS | 10 | 48 | 228 | 385 | 0.60 | 0.60 | | 231.00 | | Drafting-Motion for Attorney's Fees |
| 4/24/2024 | 56 LS | 10 | 16 | 229 | 385 | 0.20 | 0.20 | | 77.00 | | Internal collaboration re strategy with ACM |
| 4/24/2024 | 56 LS | 10 | 42 | 230 | 385 | 0.20 | 0.20 | | 77.00 | | Review of Documents |
| 4/24/2024 | 56 LS | 10 | 65 | 231 | 385 | 0.10 | 0.10 | | 38.50 | | Email with defendant's counsel |
| 4/24/2024 | 56 LS | 10 | 11 | 232 | 385 | 1.00 | 1.00 | | 385.00 | | Research law on fee petition |
| 4/25/2024 | 56 LS | 10 | 11 | 237 | 385 | 1.50 | 1.50 | | 577.50 | | Research rules/case law re: motion for fees |
| 4/26/2024 | 56 LS | 10 | 48 | 238 | 385 | 0.20 | 0.20 | | 77.00 | | Drafting-Motion for Fees |
| 4/26/2024 | 56 LS | 10 | 18 | 239 | 385 | 1.00 | 1.00 | | 385.00 | | Drafting-Brief in Support of Motion for Fees |
| 4/27/2024 | 56 LS | 10 | 18 | 240 | 385 | 1.50 | 1.50 | | 577.50 | | Drafting-Brief in Support of Motion for Fees |
| 4/27/2024 | 56 LS | 10 | 16 | 241 | 385 | 0.20 | 0.20 | | 77.00 | | Internal collaboration re strategy with ACM |
| 4/28/2024 | 56 LS | 10 | 16 | 242 | 385 | 0.10 | 0.10 | | 38.50 | | Internal collaboration re strategy with ACM |
| | | | | | | | | | | | |
| **Billable Total:** | | | 56 Leily Schoenhaus | | | **87.8** | **87.8** | **0** | **29,112.10** | **0.10** | |

# EXHIBIT B

| Date | Tkpr | Name | Cat | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up / Down Hrs | Amount | Write-Up / Down Amt | Description | Anthem's Objection (By Category) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18/2019 | 19 | ACM | 10 | 16 | 219 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily. | Vague; internal collaboration. |
| 12/9/2019 | 19 | ACM | 10 | 16 | 192 | 605 | 0.20 | 0.20 | | 121.00 | | Internal collaboration re strategy with LS. | Vague; internal collaboration. |
| 3/16/2020 | 19 | ACM | 10 | 16 | 193 | 605 | 0.20 | 0.20 | | 121.00 | | Internal collaboration re strategy with LS. | Vague; internal collaboration. |
| 3/17/2020 | 19 | ACM | 10 | 16 | 194 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. | Vague; internal collaboration. |
| 3/20/2020 | 19 | ACM | 10 | 13 | 34 | 535 | 3.50 | 3.50 | | 1872.50 | | Review documents and Amended Complaint. | Vague; block-billed. |
| 3/20/2020 | 19 | ACM | 10 | 13 | 35 | 535 | 3.50 | 3.50 | | 1872.50 | | Review documents and Amended Complaint. | Vague; block-billed. |
| 4/3/2020 | 19 | ACM | 10 | 16 | 195 | 605 | 0.20 | 0.20 | | 121.00 | | Internal collaboration re strategy with LS. | Vague; internal collaboration. |
| 4/6/2020 | 19 | ACM | 10 | 16 | 217 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily S. | Vague; internal collaboration. |
| 4/7/2020 | 19 | ACM | 10 | 16 | 218 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily S. | Vague; internal collaboration. |
| 4/8/2020 | 19 | ACM | 10 | 16 | 196 | 605 | 0.20 | 0.20 | | 121.00 | | Internal collaboration re strategy with LS. | Vague; internal collaboration. |
| 4/8/2020 | 19 | ACM | 10 | 16 | 197 | 605 | 0.20 | 0.20 | | 121.00 | | Internal collaboration re strategy with LS. | Vague; internal collaboration. |
| 4/13/2020 | 19 | ACM | 10 | 13 | 59 | 535 | 3.50 | 3.50 | | 1872.50 | | Review documents. | Vague. |
| 4/16/2020 | 19 | ACM | 10 | 16 | 198 | 605 | 0.30 | 0.30 | | 181.50 | | Internal collaboration re strategy. Emails with LS and local counsel. | Vague; internal collaboration; block-billed; local counsel/unnecessary. |
| 4/21/2020 | 19 | ACM | 10 | 16 | 199 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. | Vague; internal collaboration. |
| 5/1/2020 | 19 | ACM | 10 | 13 | 71 | 535 | 3.50 | 3.50 | | 1872.50 | | Draft Complaint. Correspondence with court. | Block-billed. |
| 7/5/2020 | 19 | ACM | 10 | 16 | 201 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. | Vague; internal collaboration. |
| 7/14/2020 | 19 | ACM | 10 | 16 | 200 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. | Vague; internal collaboration. |
| 8/10/2020 | 19 | ACM | 10 | 16 | 202 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. | Vague; internal collaboration. |
| 10/6/2020 | 19 | ACM | 10 | 16 | 203 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. | Vague; internal collaboration. |
| 10/28/2020 | 19 | ACM | 10 | 13 | 223 | 605 | 0.30 | 0.30 | | 181.50 | | Review Joint Case Management Report. Internal collaboration with LS. | Vague; internal collaboration; block-billed. |
| 11/12/2020 | 19 | ACM | 10 | 16 | 204 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. | Vague; internal collaboration. |
| 1/8/2021 | 19 | ACM | 10 | 16 | 206 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. | Vague; internal collaboration. |
| 2/5/2021 | 19 | ACM | 10 | 16 | 207 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. | Vague; internal collaboration. |
| 3/25/2021 | 19 | ACM | 10 | 16 | 205 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with LS. | Vague; internal collaboration. |
| 5/13/2021 | 19 | ACM | 10 | 16 | 211 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily. | Vague; internal collaboration. |
| 5/18/2021 | 19 | ACM | 10 | 13 | 171 | 550 | 2.50 | 2.50 | | 1375.00 | | Review pleadings. | Vague. |
| 5/24/2021 | 19 | ACM | 10 | 16 | 212 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily. | Vague; internal collaboration. |
| 6/1/2021 | 19 | ACM | 10 | 16 | 213 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily. | Vague; internal collaboration. |
| 8/4/2021 | 19 | ACM | 10 | 16 | 214 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily. | Vague; internal collaboration. |
| 1/7/2022 | 19 | ACM | 10 | 16 | 215 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily S. | Vague; internal collaboration. |
| 4/10/2022 | 19 | ACM | 10 | 16 | 216 | 605 | 0.10 | 0.10 | | 60.50 | | Internal collaboration re strategy with Leily. | Vague; internal collaboration. |
| 11/18/2019 | 56 | LS | 10 | 65 | 18 | 305 | 0.10 | 0.10 | | 30.50 | | Correspondence/Phone Calls with Local Counsel | Vague; local counsel/unnecessary. |
| 11/18/2019 | 56 | LS | 10 | 16 | 19 | 305 | 0.10 | 0.10 | | 30.50 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 11/27/2019 | 56 | LS | 10 | 42 | 1 | 305 | 1.00 | 1.00 | | 305.00 | | Review of Documents from client | Vague. |
| 12/4/2019 | 56 | LS | 10 | 42 | 2 | 305 | 1.00 | 1.00 | | 305.00 | | Review of Documents | Vague. |
| 12/5/2019 | 56 | LS | 10 | 42 | 6 | 305 | 0.10 | 0.10 | | 30.50 | | Review of Documents from client | Vague. |
| 12/9/2019 | 56 | LS | 10 | 16 | 9 | 305 | 0.20 | 0.20 | | 61.00 | | Internal collaboration re strategy w/ACM | Vague; internal collaboration. |
| 12/16/2019 | 56 | LS | 10 | 65 | 13 | 305 | 0.30 | 0.30 | | 91.50 | | Correspondence/Phone Calls' e-mail w/local counsel | Vague; local counsel/unnecessary. |
| 12/18/2019 | 56 | LS | 10 | 53 | 15 | 305 | 0.10 | 0.10 | | 30.50 | | Review of correspondence, Settlement Denial HR | Vague. |
| 12/30/2019 | 56 | LS | 10 | 65 | 16 | 305 | 0.10 | 0.10 | | 30.50 | | Correspondence/Phone Calls, e-mail w/local counsel | Vague; local counsel/unnecessary. |
| 12/30/2019 | 56 | LS | 10 | 65 | 17 | 305 | 0.10 | 0.10 | | 30.50 | | Correspondence/Phone Calls, agmt. From local counsel | Vague; local counsel/unnecessary. |
| 1/15/2020 | 56 | LS | 10 | 65 | 20 | 305 | 0.10 | 0.10 | | 30.50 | | Correspondence/Phone Calls, e-mail w/local counsel re: status | Vague; local counsel/unnecessary. |
| 1/21/2020 | 56 | LS | 10 | 65 | 21 | 305 | 0.10 | 0.10 | | 30.50 | | Correspondence/Phone Calls, e-mail w/local counsel | Vague; local counsel/unnecessary. |
| 2/5/2020 | 56 | LS | 10 | 65 | 23 | 325 | 0.20 | 0.20 | | 65.00 | | Correspondence/Phone Calls, e-mail w/local counsel | Vague; local counsel/unnecessary. |
| 3/16/2020 | 56 | LS | 10 | 42 | 28 | 325 | 0.50 | 0.50 | | 162.50 | | Review of Documents in File | Vague. |
| 3/16/2020 | 56 | LS | 10 | 16 | 29 | 325 | 0.20 | 0.20 | | 65.00 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 3/17/2020 | 56 | LS | 10 | 16 | 32 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 3/17/2020 | 56 | LS | 10 | 16 | 33 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with local counsel | Vague; internal collaboration; local counsel/unnecessary. |
| 4/3/2020 | 56 | LS | 10 | 16 | 37 | 325 | 0.20 | 0.20 | | 65.00 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 4/3/2020 | 56 | LS | 10 | 42 | 39 | 325 | 0.20 | 0.20 | | 65.00 | | Review of Documents | Vague. |
| 4/6/2020 | 56 | LS | 10 | 16 | 42 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |

| Date | Tkpr | Name | Cat | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up / Down Hrs | Amount | Write-Up / Down Amt | Description | Anthem's Objection (By Category) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/7/2020 | 56 | LS | 10 | 16 | 44 | 325 | 0.50 | 0.50 | | 162.50 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 4/8/2020 | 56 | LS | 10 | 16 | 53 | 325 | 0.20 | 0.20 | | 65.00 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 4/8/2020 | 56 | LS | 10 | 16 | 57 | 325 | 0.20 | 0.20 | | 65.00 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 4/14/2020 | 56 | LS | 10 | 42 | 51 | 325 | 0.20 | 0.20 | | 65.00 | | Review of Documents | Vague. |
| 4/16/2020 | 56 | LS | 10 | 16 | 60 | 325 | 0.30 | 0.30 | | 97.50 | | Internal collaboration re strategy e-mails with ACM and Local Counsel | Vague; internal collaboration; local counsel/unnecessary. |
| 4/21/2020 | 56 | LS | 10 | 16 | 64 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy e-mail with ACM | Vague; internal collaboration. |
| 5/13/2020 | 56 | LS | 10 | 42 | 68 | 325 | 0.10 | 0.10 | | 32.50 | | Review of Documents | Vague. |
| 5/15/2020 | 56 | LS | 10 | 42 | 69 | 325 | 0.20 | 0.20 | | 65.00 | | Review of Documents Filed | Vague. |
| 7/8/2020 | 56 | LS | 10 | 16 | 75 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 7/14/2020 | 56 | LS | 10 | 16 | 77 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 7/15/2020 | 56 | LS | 10 | 16 | 79 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 8/10/2020 | 56 | LS | 10 | 16 | 83 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 8/12/2020 | 56 | LS | 10 | 16 | 87 | 325 | 0.20 | 0.20 | | 65.00 | | Internal collaboration re strategy with JPR | Vague; internal collaboration. |
| 9/22/2020 | 56 | LS | 10 | 42 | 97 | 325 | 0.10 | 0.10 | | 32.50 | | Review of Documents Docket | Vague. |
| 10/6/2020 | 56 | LS | 10 | 16 | 102 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 11/12/2020 | 56 | LS | 10 | 16 | 117 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 1/8/2021 | 56 | LS | 10 | 16 | 125 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 2/5/2021 | 56 | LS | 10 | 16 | 126 | 325 | 0.10 | 0.10 | | 32.50 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 3/12/2021 | 56 | LS | 10 | 42 | 127 | 330 | 0.20 | 0.20 | | 66.00 | | Review of Documents File | Vague. |
| 3/25/2021 | 56 | LS | 10 | 16 | 143 | 330 | 0.10 | 0.10 | | 33.00 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 4/14/2021 | 56 | LS | 10 | 42 | 150 | 330 | 0.20 | 0.20 | | 66.00 | | Review of Documents Docket | Vague. |
| 4/20/2021 | 56 | LS | 10 | 42 | 151 | 330 | 0.10 | 0.10 | | 33.00 | | Review of Documents Order | Vague. |
| 5/13/2021 | 56 | LS | 10 | 16 | 168 | 330 | 0.10 | 0.10 | | 33.00 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 5/24/2021 | 56 | LS | 10 | 16 | 157 | 330 | 0.10 | 0.10 | | 33.00 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 5/26/2021 | 56 | LS | 10 | 42 | 161 | 330 | 0.30 | 0.30 | | 99.00 | | Review of Documents Information From Client | Vague. |
| 5/27/2021 | 56 | LS | 10 | 42 | 165 | 330 | 1.00 | 1.00 | | 330.00 | | Review of Documents Records | Vague. |
| 6/1/2021 | 56 | LS | 10 | 16 | 175 | 330 | 0.10 | 0.10 | | 33.00 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 8/4/2021 | 56 | LS | 10 | 16 | 181 | 330 | 0.10 | 0.10 | | 33.00 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 11/7/2022 | 56 | LS | 10 | 65 | 185 | 350 | 0.10 | 0.10 | | 35.00 | | Correspondence/Phone Calls to Court regarding status | Vague. |
| 11/7/2022 | 56 | LS | 10 | 16 | 186 | 350 | 0.10 | 0.10 | | 35.00 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 4/3/2023 | 56 | LS | 10 | 65 | 187 | 370 | 0.10 | 0.10 | | 37.00 | | Call court re: status | Vague. |
| 4/10/2023 | 56 | LS | 10 | 65 | 188 | 370 | 0.20 | 0.20 | | 74.00 | | Call to Clerk | Vague. |
| 4/10/2023 | 56 | LS | 10 | 16 | 189 | 370 | 0.10 | 0.10 | | 37.00 | | Internal collaboration re strategy ACM | Vague; internal collaboration. |
| 4/10/2023 | 56 | LS | 10 | 42 | 190 | 370 | 0.10 | 0.10 | | 37.00 | | Review of Docket | Vague. |
| 12/18/2023 | 56 | LS | 10 | 65 | 191 | 370 | 0.10 | 0.10 | | 37.00 | | Correspondence/Phone Calls to Court | Vague. |
| 4/10/2024 | 56 | LS | 10 | 16 | 225 | 385 | 0.10 | 0.10 | | 38.50 | | Internal collaboration re strategy with ACM re: Opinion | Vague; internal collaboration. |
| 4/15/2024 | 56 | LS | 10 | 16 | 227 | 385 | 0.10 | 0.10 | | 38.50 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 4/24/2024 | 56 | LS | 10 | 16 | 229 | 385 | 0.20 | 0.20 | | 77.00 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 4/24/2024 | 56 | LS | 10 | 42 | 230 | 385 | 0.20 | 0.20 | | 77.00 | | Review of Documents | Vague. |
| 4/27/2024 | 56 | LS | 10 | 16 | 241 | 385 | 0.20 | 0.20 | | 77.00 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| 4/28/2024 | 56 | LS | 10 | 16 | 242 | 385 | 0.10 | 0.10 | | 38.50 | | Internal collaboration re strategy with ACM | Vague; internal collaboration. |
| | | | | | | | | Total of Column K | | $ 14,849.00 | | | |